IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAILROOM

APR 2 8 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

KHALIF ABDUL QAWI MUJAHID
A/K/A KEITH EUGENE GAFFNEY,

Petitioner,

V.                                    1-95-CR-53

UNITED STATES OF AMERICA,

Respondent.

Petitioner, Khalif Abdul Qawi Mujahid, pro se respectfully is sending this Notice of Appeal, under Rule 22, to let this honorable court, know that i will be Filing an appeal to The Fourth Circuit Court of Appeals. Petitioner is appealing the April 1, 2015 ORDER, by U.S. District Judge, James C. Cacheris, where he dismissed my 28 U.S.C. § 2253 (c)(1) motion for a Certificate of Appealability. Petitioner, also respectfully request that

2.

this honorable court acknowledge and respect my legal name Khalif Abdul Qawi Mujahid. Judge, James C. Cacheris, sentenced me November 19, 1996, to life imprisonment under my legal name, and all of my court proceedings, and filings in several circuit courts has been under my legal name Khalif Abdul Qawi Mujahid, since 1996.

My prison records in this Federal Bureau of Prisons, and in the D.C. Department of Corrections, are under my legal name. Because of Judge, James C. Cacheris, April 1, 2015, order, being typed under my birth name, it took me twenty (20) days, because it was rejected until the mailroom went in the computer to match my prison reg. no. 19974-101 with my old name. My 28 U.S.C. § 2255 (c) (i) motion was sent to that court under Khalif Abdul Qawi Mujahid, so i don't understand why Judge, James C. Cacheris, order, was not answered under my name? Hopefully, this court will recognize, and acknowledge my name.

April 22, 2015

Respectfully Submitted, /s/ Khalif Abdul Qawi Mujahid