FILED:  April 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6658
(1:95-cr-00053-JCC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid; a/k/a Fly, a/k/a
Keith Gaffney-Bey, a/k/a Slim

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:95-cr-00053-JCC-1 |
| Date notice of appeal filed in originating court: | 04/28/2015 |
| Appellant (s) | Keith Eugene Gaffney |
| Appellate Case Number | 15-6658 |
| Case Manager | Pamela K. Stump 804-916-2704 |