APPEAL,CLOSED

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:95−cr−00053−JCC−1
### *Internal Use Only*

Case title: USA v. Gaffney et al

Date Filed: 02/09/1995
Date Terminated: 09/27/1995

Assigned to: District Judge James C. Cacheris

Appeals court case numbers: 15−6658
Case Manager, 95−5795

**Defendant (1)**

**Keith Eugene Gaffney**
*TERMINATED: 11/19/1996*
*also known as*
"Fly"
*also known as*
"Slim"

represented by **Keith Eugene Gaffney**
USP ADX #19979−101
Po Box 8500
Florence, Co 81226−8500
PRO SE

**Alan H. Yamamoto**
Law Office of Alan Yamamoto
643 S. Washington St
Alexandria, VA 22314
703−684−4700
Fax: 703−684−6643
Email: yamamoto.law@verizon.net
*TERMINATED: 11/19/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Claude David Convisser**
Claude D. Convisser &Associates PC
2319 Kimbro St
Alexandria, VA 22307
(703) 836−6700
*TERMINATED: 10/03/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mark J. Rochon**
Miller &Chevalier
655 Fifteenth Street NW
Suite 900
Washington, DC 20005−5701

\*\*NA\*
(202) 626–5800
*TERMINATED: 10/02/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roger Allen Eddleman**
6312 Seven Corners Center
No. 232
Falls Church, VA 22044
(703) 533–9136
*TERMINATED: 11/19/1996*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 Conspiracy to possess with intent to distribute and to distribute one kilogram or more of heroin (Sch. I) and a detectable amount of hydromorphone (Sch. I) (5–17–94) (1) | Life as to Count 1 &2, 10 yrs as to C ounts 5 &8 &20 yrs. as to Count 9, 5 yrs SR as to Counts 1,2 &9, 3 yrs as to Counts 5 &8. |
| 21:848(b) Continuing criminal enterprise (5–17–94) (2) | Life as to Count 2, 10 yrs as to each of Counts 5 &8 &20 yrs. as to Count 9, 5 yrs SR as to Counts 2 &9, 3 yrs as to Counts 5 &8 concurrent with each other . |
| 18:2 and 1503 Obstruction of justice (1992) (3) | |
| 18:2 and 113(c) Aid and abet assault with a dangerous weapon with intent to do bodily harm (Ct.4:1–30–92)(Ct.6:3–1–92) (4) | |
| 18:2 and 113(b) Aid and abet assault with intent to commit robbery (2–29–92) (5) | Life as to Count 2, 10 yrs as to each of Counts 5 &8 &20 yrs. as to Count 9, 5 yrs SR as to Counts 2 &9, 3 yrs as to Counts 5 &8 concurrent with each other . |
| 18:2 and 113(c) Aid and abet assault with a dangerous weapon with intent to do bodily harm (Ct.4:1–30–92)(Ct.6:3–1–92) (6) | |
| 18:2 and 113(d) assault (7–92) (7) | |
| 18:2 and 113(c) Aid and abet assault with a dangerous weapon (8–92) | Life as to Count 2, 10 yrs as to each of Counts 5 &8 &20 yrs. as to Count 9, 5 yrs SR as to Counts |

| | |
|---|---|
| (8) | 2 &9, 3 yrs as to Counts 5 &8 concurrent with each other . |
| 21:841(a)(1) and 18:2 Possession of hydromorphone (Sch. I) with intent to distribute (9–2–92) (9) | Life as to Count 2, 10 yrs as to each of Counts 5 &8 &20 yrs. as to Count 9, 5 yrs SR as to Counts 2 &9, 3 yrs as to Counts 5 &8 concurrent with each other . |
| 18:2 and 113(a) Aid and abet assault w/intent to murder (6–12–93) (10) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA**<br>*TERMINATED: 02/09/1995* | represented by | **Thomas M. Hollenhorst**<br>United States Attorney's Office<br>2100 Jamieson Ave<br>Alexandria, VA 22314<br>(703)299–3700<br>*LEAD ATTORNEY* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/09/1995 | 1 | | INDICTMENT a true bill as to Keith Eugene Gaffney (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, Tony Patterson (2) count(s) 1, Glen Smith (3) count(s) 1 returned before Judge Bryan in open Court and filed. Bench warrant w/no bond to issue as to Smith, others in custody. Cont. to 3–13–95 at 9:00 for arraignment. (clerk) (Entered: 02/09/1995) |
| 02/09/1995 | | | Arraignment as to Keith Eugene Gaffney, Tony Patterson, Glen Smith set for 9:00 3/13/95 (clerk) (Entered: 02/09/1995) |
| 02/09/1995 | | | WRIT of Habeas Corpus ad Prosequendum issued as to Keith Eugene Gaffney for 3/13/95 (clerk) (Entered: 02/10/1995) |
| 02/16/1995 | | | FILE transferred to 200 South Washington Street Alexandria, VA 22314 as to Defendant Smith. (jsch) (Entered: 02/16/1995) |

| 03/09/1995 | 6 | | NOTICE of Appearance for Keith Eugene Gaffney by Attorneys Mark J. Rochon &Roger Allen Eddleman (clerk) (Entered: 03/10/1995) |
|---|---|---|---|
| 03/13/1995 | | | Arraignment as to Keith Eugene Gaffney, Tony Patterson, Glen Smith held Judge Cacheris. Reporter: Farmer. Defts. w/counsel and U.S. Atty appeared. Defts. WFA, PNG and demanded trial by jury. 20 days to file motions. Motion Hearing set for 9:00 4/28/95 Jury Trial set for 10:00 5/15/95. All exhibits, etc. to be filed w/Clerk w/i 5 working days before trial. Defts. Gaffney &Patterson waived their right to speedy trial in open court. Deft. Smith will not waive his right to speedy trial. Counsel for Gaffney will notice a motion for friday. Defts. remanded. (clerk) (Entered: 03/13/1995) |
| 03/13/1995 | | | Initial appearance as to Keith Eugene Gaffney, Tony Patterson, Glen Smith held (Defendants informed of rights.) (clerk) (Entered: 03/13/1995) |
| 03/13/1995 | | | Initial appearance as to Keith Eugene Gaffney, Tony Patterson held (Defendants informed of rights.) (clerk) (Entered: 03/13/1995) |
| 03/13/1995 | | | WAIVER of Speedy Trial by Keith Eugene Gaffney, Tony Patterson (clerk) (Entered: 03/13/1995) |
| 03/13/1995 | 7 | | ORDER as to Keith Eugene Gaffney, Tony Patterson, Glen Smith that this case is set for trial by jury 5/15/95 @ 10 AM &motions will be heard 4/29/95 @ 9 AM (JCC) – ent &filed Copies Mailed: y (jsol) (Entered: 03/15/1995) |
| 03/21/1995 | 8 | | MOTION by Keith Eugene Gaffney to modify conditions of confinement (clerk) (Entered: 03/21/1995) |
| 03/21/1995 | 9 | | NOTICE of Hearing as to Keith Eugene Gaffney :, Motion Hearing set for 9:00 3/24/95 for Keith Eugene Gaffney for [8–1] motion by Keith Eugene Gaffney to modify conditions of confinement (clerk) (Entered: 03/21/1995) |
| 03/23/1995 | 10 | | RESPONSE by USA as to Keith Eugene Gaffney re [8–1] motion by Keith Eugene Gaffney to modify conditions of confinement (clerk) (Entered: 03/23/1995) |
| 03/24/1995 | | | Motion hearing held as to Keith Eugene Gaffney re: [8–1] motion by Keith Eugene Gaffney to modify conditions of confinement. Judge Cacheris. ( Reporter: Farmer) USA appeared through: T.Hollenhorst &J.Williams Dft(s) appeared with: Mark Rochan. Motion argued and taken under advisement. U.S. will file re: documents with the Court in camera by 3–30–95. Court will rule on motion after reviewing documents. Deft. remanded. (clerk) (Entered: 03/24/1995) |
| 03/30/1995 | 11 | | SUPPLEMENT by Keith Eugene Gaffney to [8–1] motion by Keith Eugene Gaffney to modify conditions of confinement (clerk) (Entered: 03/31/1995) |
| 03/30/1995 | 12 | | EX PARTE Submission by USA concerning Govt.'s Response to [8–1] motion by Keith Eugene Gaffney to modify conditions confinement – filed UNDER SEAL. (clerk) (Entered: 03/31/1995) |
| 04/03/1995 | 23 | | Government's response to supplement to motion to modify conditions of confinement (clar) (Entered: 04/06/1995) |
| 04/07/1995 | 24 | | ORDER as to Keith Eugene Gaffney denying [8–1] motion by Keith Eugene |

| | | | |
|---|---|---|---|
| | | | Gaffney to modify conditions of confinement however, deft. shall be able to receive his legal materials from Marion, Illinois, as well as have access to his counsel. ( Signed by Judge James C. Cacheris ) Copies Mailed: y (clerk) (Entered: 04/11/1995) |
| 04/24/1995 | 37 | | MOTION by Keith Eugene Gaffney to adopt motions of codeft. Glenn Smith (clerk) (Entered: 04/26/1995) |
| 04/24/1995 | 39 | | MOTION by Keith Eugene Gaffney in Limine for failure to disclose (clerk) (Entered: 04/28/1995) |
| 04/28/1995 | 40 | | RESPONSE by USA as to Keith Eugene Gaffney in opposition to [22–1] motion by Glen Smith for statements by co–defendants and co–conspirators, [21–1] motion by Glen Smith to Compel disclosure of favorable evidence against witnesses not called to the stand by the Government, [20–1] motion by Glen Smith to Suppress at trial any out–of–court confessions made by any co–defendants, [19–1] motion by Glen Smith for Notice of Government's intention to use evidence arguably subject to suppression, [18–1] motion by Glen Smith for Disclosure of all statements which the Govt. will seek to attribute to deft. and incoprorated Memorandum of Law, [17–1] motion by Glen Smith for production of interview reports with individuals who will not be called as witnesses at trial, [16–1] motion by Glen Smith for Discovery and Inspection, [15–1] motion by Glen Smith for Production of Exculpatory Information, [14–1] motion by Glen Smith for Bill of Particulars, [13–1] motion by Glen Smith for Disclosure of "Similar" of "Extrinsic Act" Evidence (clerk) (Entered: 04/28/1995) |
| 04/28/1995 | | | Motion hearing held as to Keith Eugene Gaffney, Glen Smith re: [35–1] motion by Glen Smith for Reconsideration of [34–1] order – argued and granted, argued and Gary Kohlman allowed to re–appear as counsel for deft. Smith, but must procure local counsel, [39–1] motion by Keith Eugene Gaffney in Limine, [37–1] motion by Keith Eugene Gaffney to adopt motions of codeft. Glenn Smith, [25–1] motion by USA to disqualify the law firm of Kohlman, Rochon and Roberts, [22–1] motion by Glen Smith for statements by co–defendants and co–conspirators, [21–1] motion by Glen Smith to Compel disclosure of favorable evidence against witnesses not called to the stand by the Government, [20–1] motion by Glen Smith to Suppress at trial any out–of–court confessions made by any co–defendants, [19–1] motion by Glen Smith for Notice of Government's intention to use evidence arguably subject to suppression, [18–1] motion by Glen Smith for Disclosure of all statements which the Govt. will seek to attribute to deft. and incoprorated Memorandum of Law, [17–1] motion by Glen Smith for production of interview reports with individuals who will not be called as witnesses at trial, [16–1] motion by Glen Smith for Discovery and Inspection, [15–1] motion by Glen Smith for Production of Exculpatory Information, [14–1] motion by Glen Smith for Bill of Particulars, [13–1] motion by Glen Smith for Disclosure of "Similar" of "Extrinsic Act" Evidence; all above disc. mot.'s – argued and granted, disc. to be made immed. available to defts.' counsel by noon on 5–1–95, except for Jencks material, which shall be produced by 5–5–95; CJA counsel for deft. Smith(Stambaugh)'s motion to w/draw – granted; defts. remanded before Judge Leonie M. Brinkema ( McCoy) USA appeared through: Hollenhorst &Williams Dft(s) appeared through: G:Rochon &Eddleman, S:Stambau |

| | | | |
|---|---|---|---|
| | | | (clerk) (Entered: 04/28/1995) |
| 04/28/1995 | 41 | | ORDER as to Keith Eugene Gaffney, Glen Smith granting [35−1] motion by Glen Smith for Reconsideration of [34−1] order as to Glen Smith (3) Order of 4−21−95 vacated and W. Gary Kohlman may represent deft. Smith, granting [22−1] motion by Glen Smith for statements by co−defendants and co−conspirators as to Glen Smith (3), granting [15−1] motion by Glen Smith for Production of Exculpatory Information as to Glen Smith (3); remaining motions not specifically argued, deemed w/drawn w/out prej., to be renoticed and argued no later than the Friday preceding 1st day of trial; all FRCrP 16 disc. to be made available to defense counsel no later than noon on 5−1−95 as well as all physical evidence no longer available with written explanation of how they become so; all Jencks material to be provided to defense counsel by noon 5−5−95; all info. and material turned over is "Counsel eyes only"(see order for further details); Signed by Judge Leonie M. Brinkema ) Copies Mailed: yes (clerk) (Entered: 05/03/1995) |
| 05/03/1995 | 42 | | MOTION as to Keith Eugene Gaffney, Glen Smith by USA for Reconsideration of [41−1] order (clerk) (Entered: 05/04/1995) |
| 05/03/1995 | 43 | | MEMORANDUM by USA as to Keith Eugene Gaffney, Glen Smith in support of [42−1] motion by USA for Reconsideration of [41−1] order (clerk) (Entered: 05/04/1995) |
| 05/03/1995 | 44 | | NOTICE of Hearing as to Keith Eugene Gaffney, Glen Smith :, Motion Hearing set for 9:00 5/5/95 for Keith Eugene Gaffney, for Glen Smith for [42−1] motion by USA for Reconsideration of [41−1] order (clerk) (Entered: 05/04/1995) |
| 05/03/1995 | 47 | | EXHIBIT List tog. w/ Exhibits (see Trial Exhibit Custody Form) filed by USA as to Keith Eugene Gaffney &Glen Smith (clerk) (Entered: 05/09/1995) |
| 05/04/1995 | 45 | | ORDER as to Keith Eugene Gaffney, Glen Smith granting [42−1] motion by USA for Reconsideration of [41−1] order as to Keith Eugene Gaffney (1), Glen Smith (3) to extent that all statements made by defendants to any law enforcement officials be disclosed immed., all statements made by defts. to any trial wit. or co−conspirator memorialized through written invest. report or contained in grand jury testimony of wit.'s U.S. will call to testify must be disclosed as Jencks material is produced(see order for further details) ( Signed by Judge Leonie M. Brinkema ) Copies Mailed: yes (clerk) (Entered: 05/05/1995) |
| 05/08/1995 | 46 | | PROPOSED JURY Instructions filed by USA as to Keith Eugene Gaffney &Tony Patterson (clerk) (Entered: 05/09/1995) |
| 05/08/1995 | 48 | | TRIAL EXHIBIT Custody Form filed by USA as to Keith Eugene Gaffney &Glen Smith. (All Exhibits returned to AUSA) (clerk) (Entered: 05/09/1995) |
| 05/08/1995 | 52 | | ORDER as to Keith Eugene Gaffney, Tony Patterson, Glen Smith, filed UNDER SEAL ( Signed by Judge Leonie M. Brinkema ) Copies Mailed: yes (clerk) (Entered: 05/10/1995) |
| 05/09/1995 | 53 | | PRAECIPE requesting Clerk to issue 13 Writs Ad Testificandum for Earl |

| | | | |
|---|---|---|---|
| | | | Cephus, Edward Jenkins, Michael Wills, Anthony Hardy, Howard Hardy, Terry Hooks, Joseph Lowery, Cornell Thomas, Kenneth Harris, Eric Foster, James Capies, Wilbur Cook and Booker Newsome by Keith Eugene Gaffney (Approved 5/10/95 JCC) (clerk) Modified on 05/12/1995 (Entered: 05/12/1995) |
| 05/11/1995 | | | WRIT of Habeas Corpus Ad Testificandum issued &given to USMS for service for Earl Cephus, Edward Jenkins, Michael Wills, Anthony Hardy, Howard Hardy, Terry Hooks, Joseph Lowery, Cornell Thomas, Kenneth Harris, Eric Foster, James Capies, Wilbur Cook, and Booker Newsome for 05/15/95 in case as to Keith Eugene Gaffney (clerk) (Entered: 05/12/1995) |
| 05/11/1995 | 55 | | NOTICE OF INTENT to Use Evidence of Prior Conviction filed by USA as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/12/1995) |
| 05/12/1995 | 56 | | NOTICE OF INTENT to Introduce Evidence filed by USA as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/12/1995) |
| 05/12/1995 | 57 | | RESPONSE by USA [50–1] motion by Glen Smith to Sever defts., [49–1] motion by Glen Smith in Limine (clerk) (Entered: 05/25/1995) |
| 05/12/1995 | 58 | | NOTICE of Expert Witness &Expert Testimony by USA as to Keith Eugene Gaffney (clerk) (Entered: 05/25/1995) |
| 05/15/1995 | | | Voir dire begun as to Keith Eugene Gaffney (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, Glen Smith (3) count(s) 1 Terminated motions: denying [50–1] motion by Glen Smith to Sever defts. (clerk) (Entered: 05/25/1995) |
| 05/15/1995 | | | Jury Sworn as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/25/1995) |
| 05/15/1995 | | | Jury trial proceedings as to Keith Eugene Gaffney, Glen Smith held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: T.Hollenhorst, J.Williams &I. Allen. Dft(s) appeared with: Mark Rochan &Gary Coleman. The jury appeared as summoned and sworn on voir dire. The following jurors were sworn to try the issue: 1) Robert Green 2)Cheryl Ramp 3)James McKinnon 4)Susan Spitler 5)Arthur Schultz 6)Lawrence Snodgrass 7)Patricia Adams 8)William Crisp 9)Janice Crookston 10) Joan Frazer 11) Victoria Delhelmer 12) Betty Bauer A1)George Simmons A2)William Gibbs A3)Richard Ward Sr. Motions in limine argued. Rule on witnesses. Opening statements. Deft. Gaffney's motion for mistrial –denied. U.S. adduced evidence. Jury excused and court adjourned to reconvene 5–16–95 @ 9:30. (clerk) (Entered: 05/25/1995) |
| 05/16/1995 | | | Jury trial proceedings cont. as to Keith Eugene Gaffney, Glen Smith held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: AUSA Dft(s) appeared with: counsel. U.S. adduced further evidence. Stipulation in re: 19 packets of hydromorphone read into evidence (U.S.ex.5). Jury excused and court adjourned to reconvene 5–17–95. with (clerk) (Entered: 05/25/1995) |
| 05/17/1995 | 59 | | NOTICE of Intention of Government to Seek Admission into evidence of Grand Jury Testimony of Missing Witness Pursuant to Rule 804(b)(5) of the Federal Rules of Evidence by USA + MEMORANDUM of Points &Authorities in Support of Same as to Keith Eugene Gaffney, Glen Smith |

| | | | |
|---|---|---|---|
| | | | (clerk) (Entered: 05/25/1995) |
| 05/17/1995 | 60 | | TRANSCRIPT ( EXCERPT) filed in case as to Keith Eugene Gaffney, Glen Smith for dates of 5/15/95 (clerk) (Entered: 05/25/1995) |
| 05/17/1995 | | | Jury trial proceedings cont. as to Keith Eugene Gaffney, Glen Smith held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: AUSA Dft(s) appeared with: counsel. U.S. adduced further evidence. Stipulation as to testimony of Judge Wagner read into evidence. Testimony of Patrica Oden Jackson read into evidence by U.S. U.S. rests. Jury excused to return 5–18–95 . Defts motions for judgment of acquittal –denied as to Counts 1,2,8,9 &10, under advisement as to remaining counts. Count 7 is amended to simple assault. Deft. Smith renews motion to sever –denied. (clerk) (Entered: 05/25/1995) |
| 05/18/1995 | | | Jury trial proceedings cont. as to Keith Eugene Gaffney, Glen Smith held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: AUSA Dft(s) appeared with: counsel. Deft. Gaffney adduced evidence. Deft. Smith adduced evidence during during Gaffney's case. Defts. rest. Alternate juror # 2) William Gibbs excused. Jury excused to return 5–22–95. Jury instructions discussed. Motions renewed. Court adjourned to reconvene 5–22–95 for closing arguments and charge. (clerk) (Entered: 05/25/1995) |
| 05/18/1995 | 64 | | MOTION to Introduce Rebuttal Evidence as to Keith Eugene Gaffney, Glen Smith by USA (clerk) (Entered: 05/25/1995) |
| 05/19/1995 | 61 | | Proposed Supplemental Jury Instructions by USA as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/25/1995) |
| 05/19/1995 | 62 | | MEMORANDUM of Points &Authorities in Support of Govt's Supplemental Jury Instructions by USA as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/25/1995) |
| 05/19/1995 | 63 | | Corrected &Redacted Jury Instructions by USA as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/25/1995) |
| 05/19/1995 | 65 | | Proposed Instructions by Keith Eugene Gaffney, Glen Smith as to Keith Eugene Gaffney, Glen Smith (clerk) (Entered: 05/25/1995) |
| 05/23/1995 | | | Jury trial proceedings cont. as to Keith Eugene Gaffney, Glen Smith held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: AUSA Dft(s) appeared with: counsel. Jury returned to continue their deliberations. Jury returned with a verdict as follows: Glen Smith –not guilty. Keith Gaffney –guilty as to Counts 1,2,5, 8 &9, not guilty as to Counts 3,4,6,7 &10. Jury verdicts read and filed in open court. Jury polled and excused. Case cont. until 8–18–95 @ 9:00 for g/l sentencing for deft. and referred to P.O. for psi ( deft. Gaffney) Defts. remanded. (clerk) Modified on 05/25/1995 (Entered: 05/25/1995) |
| 05/23/1995 | 67 | | JURY VERDICT as to Keith Eugene Gaffney Guilty: Keith Eugene Gaffney (1) count(s) 1, 2, 5, 8, 9 , Not Guilty: Keith Eugene Gaffney (1) count(s) 3, 4, 6, 7, 10 (clerk) (Entered: 05/25/1995) |
| 05/23/1995 | | | Sentencing set for 9:00 8/18/95 for Keith Eugene Gaffney , Keith Eugene Gaffney (1) count(s) 1, 2, 5, 8, 9 (clerk) (Entered: 05/25/1995) |

| 05/25/1995 | | | ALL PLEADINGS ACCOUNTED FOR as to E. Gaffney &G. Smith (clerk) (Entered: 05/25/1995) |
|---|---|---|---|
| 07/28/1995 | | | Sentencing re−set for 9:00 9/7/95 for Keith Eugene Gaffney (1) count(s) 1, 2, 5, 8, 9 (clerk) (Entered: 08/10/1995) |
| 08/08/1995 | 78 | | Letter MOTION to Remain in Nearest Place of Confinement for the specific purpose of helping in the preparation of petitioner's appeal pursuant to Title 18: Fed. Rules of Criminal Procedure Rule 38 (2) by Keith Eugene Gaffney (clerk) (Entered: 08/09/1995) |
| 08/08/1995 | 79 | | ORDER as to Keith Eugene Gaffney denying [78−1] motion by Keith Eugene Gaffney to remain in nearest place of confinement. (1) ( Signed by Judge James C. Cacheris ) Copies Mailed: y (clerk) (Entered: 08/09/1995) |
| 08/30/1995 | 80 | | POSITION with Respect to Sentencing Factors filed by USA as to Keith Eugene Gaffney (clerk) (Entered: 08/31/1995) |
| 08/30/1995 | 84 | | MOTION by Mark Rochon and Roger Eddleman to Withdraw as counsel for deft. (clerk) (Entered: 09/14/1995) |
| 09/01/1995 | 81 | | RESPONSE to motion to w/d as counsel for Keith Gaffney−Bey filed by US (clerk) (Entered: 09/06/1995) |
| 09/06/1995 | 82 | | OBJECTIONS to Presentence Investigation Report filed by Keith Gaffney − Bey (clerk) (Entered: 09/06/1995) |
| 09/06/1995 | 83 | | RESPONSE by USA [82−1] to Defendant's objections to the Presentence Report (clar) (Entered: 09/06/1995) |
| 09/07/1995 | | | Minute entry as to Keith Eugene Gaffney : before Judge James C. Cacheris ( Reporter: Rodriguez.) USA appeared through: Hollenhorst. Dft appeared w/counsel Eddleman and Rochon. Sentencing cont. to 9−27−95 at 9:00. Deft.'s objections to PSI due by 9−15−95. Govt. reply due by 9−22−95. Deft. is allowed to talk w/mother, sister and children by telephone. Noncontact social visits in Arlington w/said people are allowed. Deft. remanded. (clerk) (Entered: 09/14/1995) |
| 09/07/1995 | 85 | | ORDERED that the sentencing as to Keith Eugene Gaffney is cont. to 9−27−95 at 9:00. The deft. shall file his opposition to presentence report on or before 9−15; Govt. shall file its response on or before 9−22; deft. shall be entitled to telephone privileges and have contact with his mother, sister and three children and his atty. − entered and filed ( Signed by Judge James C. Cacheris ) Copies Mailed: yes. Cert. copies to Marshal. (clerk) (Entered: 09/14/1995) |
| 09/07/1995 | | | Sentencing set for 9:00 9/27/95 for Keith Eugene Gaffney , count(s) 1, 2, 5, 8, 9 (clerk) (Entered: 09/14/1995) |
| 09/08/1995 | 86 | | AMENDED ORDER as to Keith Eugene Gaffney that the sentencing be cont. to 9−27−95 at 9:00; deft. shall file opposition to PSI on or before 9−15; Govt. shall file response on or before 9−22; deft. shall be entitled to telephone privileges and have visits with his mother, sister and three children and his atty. in accordance with policies of the facility in which deft. is housed − entered and filed ( Signed by Judge James C. Cacheris ) Copies Mailed: yes. Cert. copies to Marshal. (clerk) (Entered: 09/14/1995) |

| | | | |
|---|---|---|---|
| 09/20/1995 | 87 | | SUPPLEMENT by Keith Eugene Gaffney to [82–1] Objections to Presentence Report. (clerk) (Entered: 09/21/1995) |
| 09/20/1995 | 88 | | MOTION by Keith Eugene Gaffney to Late File (clerk) (Entered: 09/21/1995) |
| 09/25/1995 | 89 | | RESPONSE to supplement to the deft's objections to presentence report filed by US (clerk) (Entered: 09/25/1995) |
| 09/27/1995 | | | Sentencing held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: T.Hollenhorst &J.Williams Dft(s) appeared with: Mark Rochan Keith Eugene Gaffney (1) count(s) 1, 2, 5, 8, 9. Judgment: B.O.P. for life as to counts 1 &2, 10 yrs. as to Counts 5 &8 and 20 yrs as to Count 9. 5 yrs SR on Counts 1,2 &9, 3 yrs SR on Counts 5 &8, concurrent. $50.00 SA each Count (total assessment is $250.00) Sentence imposed consecutive to any sentence presently serving. Deft. requests he be allowed to remain in this area for 30 days. Court defers ruling to Marshal. New attorney will be appointed for purposes of appeal. (Claude Convisser to be appointed to represent deft. on appeal).Counsel for deft to be supled with Jencks material now held by Mr. Rochan. Material to be returned to U.S. after ruling on appeal. Deft. remanded. (clerk) (Entered: 10/02/1995) |
| 09/27/1995 | 90 | | JUDGMENT in a Criminal Case Keith Eugene Gaffney (1) . ( Signed by Judge James C. Cacheris ). Copies to U.S. Marshal, U.S. Atty, U.S.P.O. counsel for deft. and PS (clerk) (Entered: 10/03/1995) |
| 10/02/1995 | 91 | | NOTICE OF APPEAL of order of 09/26/95 filed by Keith Eugene Gaffney (1) count(s) 1, 2, 5, 8, 9 (clerk) (Entered: 10/04/1995) |
| 10/02/1995 | 92 | | MOTION for Claude Convisser to Withdraw as Attorney for Keith Gaffney–Bey (clerk) (Entered: 10/04/1995) |
| 10/02/1995 | 93 | | NOTICE of Hearing as to Keith Eugene Gaffney :, Motion Hearing set for 9:00 10/6/95 for Keith Eugene Gaffney for [92–1] motion for Claude Convisser to Withdraw as Attorney (clerk) (Entered: 10/04/1995) |
| 10/03/1995 | 94 | | ORDER granting [92–1] motion for Claude Convisser to Withdraw as Attorney (Terminated attorney Claude David Convisser for Keith Eugene Gaffney (1) – entered &filed ( Signed by Judge James C. Cacheris ) Copies Mailed: Yes (clerk) (Entered: 10/04/1995) |
| 10/03/1995 | | | CASE assigned to Judge James C. Cacheris (clerk) (Entered: 11/29/1996) |
| 10/04/1995 | | | Notice of appeal and copy of docket entries &judgment &committment order of 09/27/95 as to Keith Eugene Gaffney to USCA. Copy of notice, docket entries and transmittal to counsel. (clerk) (Entered: 10/04/1995) |
| 10/05/1995 | | | PRESENTENCE INVESTIGATION REPORT received &placed underseal as to Keith Eugene Gaffney (clerk) (Entered: 10/05/1995) |
| 10/13/1995 | | | USCA Case Number as to Keith Eugene Gaffney Re: [91–1] appeal USCA Number: 95–5795 Case Manager:Michael Radday (clerk) (Entered: 10/31/1995) |
| 10/13/1995 | 105 | | ORDER from USCA, that the court appoints Alan Yamamoto, Esquire as counsel of record as to Keith Eugene Gaffney (clerk) (Entered: 10/31/1995) |

| | | | |
|---|---|---|---|
| 10/25/1995 | 95 | | EXCERPT TRANSCRIPT of proceedings of 05/16/95 (JCC) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 96 | | TRANSCRIPT of proceedings of 09/27/95 (JCC) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 97 | | EXCERPT TRANSCRIPT of proceedings of 05/22/95 (JCC) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 98 | | EXCERPT TRANSCRIPT of proceedings of 05/15/95 (JCC) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 99 | | TRANSCRIPT of proceedings of 05/15/95 (JCC) (Vol 1) (clerk) Modified on 10/26/1995 (Entered: 10/26/1995) |
| 10/25/1995 | 100 | | TRANSCRIPT of proceedings of 05/16/95 (JCC) (Vol 2) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 101 | | TRANSCRIPT of proceedings of 05/17/95 (JCC) (Vol 3) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 102 | | TRANSCRIPT of proceedings of 05/18/95 (JCC) (Vol 4) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 103 | | TRANSCRIPT of proceedings of 05/22/95 (JCC) (Vol 5) (clerk) (Entered: 10/26/1995) |
| 10/25/1995 | 104 | | TRANSCRIPT of proceedings of 05/23/95 (JCC) (Vol 6) (clerk) (Entered: 10/26/1995) |
| 11/09/1995 | | | CERTIFICATE designating the record as complete for purposes of appeal transmitted to USCA. Copy of certificate, docket entries and transmittal to counsel. (clerk) (Entered: 11/09/1995) |
| 03/08/1996 | 107 | | ORDER from USCA that the court denies deft Gaffney's motion for subsitution of counsel (clerk) (Entered: 03/21/1996) |
| 03/14/1996 | 106 | | TRIAL EXHIBIT CUSTODY FORM, all exhibits, filed by USA as to Keith Eugene Gaffney (clerk) (Entered: 03/15/1996) |
| 09/16/1996 | 108 | | COPY OF PRINTED OPINION of USCA decided 9/11/96 affirmed in part vacated in part, and remanded as to Keith Eugene Gaffney re: [91–1] appeal – received &filed (Record never sent) (clerk) Modified on 11/20/1996 (Entered: 09/17/1996) |
| 09/24/1996 | 109 | | ORDER as to Keith Eugene Gaffney placing this matter on the Docket for a Status Conference on 10/11/96 @ 9:00a.m.; deft. need not be present at this hearing ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (clerk) (Entered: 09/30/1996) |
| 09/24/1996 | | | Status conference set at 9:00a.m. 10/11/96 for Keith Eugene Gaffney (clerk) (Entered: 09/30/1996) |
| 09/26/1996 | 111 | | MOTION as to Keith Eugene Gaffney by USA to Vacate the Conviction and Sentence on Count I (clerk) (Entered: 10/07/1996) |
| 10/02/1996 | 110 | | NOTICE of Name Change by Keith Eugene Gaffney (clerk) (Entered: 10/03/1996) |

| | | | |
|---|---|---|---|
| 10/02/1996 | 112 | | ORDER that the govt's motion to vacate the conviction and sentence on Count I as to Keith Eugene Gaffney is placed on the docket for resentencing on 11/15/96 at 9:00. Deft wishes to be present, and the U.S. Atty should take appropriate action to arrange for him to be transported. Entered and Filed ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (clerk) (Entered: 10/07/1996) |
| 10/02/1996 | | | Deadline updated as to Keith Eugene Gaffney, Motion Hearing set for 9:00 11/15/96 for Keith Eugene Gaffney for [111−1] motion by USA to Vacate the Conviction and Sentence on Count I (clerk) (Entered: 10/07/1996) |
| 10/04/1996 | 113 | | CERTIFIED copy of JUDGMENT of USCA, together with opinion, decided 09/11/96, vacating and remanding with instructions the conviction on count 1. (clerk) (Entered: 10/08/1996) |
| 10/04/1996 | 113 | | CERTIFIED copy of judgment of USCA, together with opinion, decided 09/11/96, Vacating Conviction &Sentence on Count 1 and Remanding for resentencing on Counts 2,5,8,9 (clerk) (Entered: 11/20/1996) |
| 10/08/1996 | 114 | | SUPPLEMENTAL MEMORANDUM by USA as to Keith Eugene Gaffney in support of [111−1] motion by USA to Vacate the Conviction and Sentence on Count I w/o the presence of the deft. (clerk) (Entered: 10/09/1996) |
| 10/08/1996 | 115 | | NOTICE of Hearing as to Keith Eugene Gaffney :, Motion Hearing set for 9:00 10/11/96 for Keith Eugene Gaffney for [111−1] motion by USA to Vacate the Conviction and Sentence on Count I (clerk) (Entered: 10/09/1996) |
| 10/25/1996 | | | Minute entry as to Keith Eugene Gaffney : before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: T. Hollenhorst Dft(s) appeared through: A. Yamamoto. Status hearing cont. until 11−15−96 @ 9:00 for presentence report. (clerk) (Entered: 10/25/1996) |
| 10/25/1996 | | | Status conference as to Keith Eugene Gaffney set at 9:00 11/15/96 for Keith Eugene Gaffney (clerk) (Entered: 10/25/1996) |
| 11/14/1996 | 116 | | POSITION with Respect toamendments to the presentence report filed by the US y (clerk) (Entered: 11/14/1996) |
| 11/15/1996 | 117 | | POSITION with Respect to Sentencing Factors filed by Keith Eugene Gaffney (clerk) (Entered: 11/15/1996) |
| 11/15/1996 | | | Resentencing re−set for 10:00 11/19/96 for Keith Eugene Gaffney (1) count(s) 1 (clerk) (Entered: 11/15/1996) |
| 11/18/1996 | 118 | | RESPONSE by USA to [117−1] Position w/ Respect to Sentencing Factors filed by deft. (clerk) (Entered: 11/18/1996) |
| 11/19/1996 | | | Re−Sentencing held before Judge James C. Cacheris ( Reporter: Farmer) USA appeared through: T. Hollenhorst Dft(s) appeared with: A. Yamamoto. Khalif Abdul Qawi Mujahid a/k/a Keith Eugene Gaffney (1) count(s) 2, 5, 8, 9. Count 1 was vacated by U.S.C.A. Judgment: Life imprisonment on Count 2; 10 yrs as to each of Counts 5 &8; 20 years as to Count 9, consecutive to any sentence deft is presently serving. 5 yrs SR on each of Counts 2 &9; 3 yrs SR on Counts 5 &8, concurrent with each other. $50.00 SA each count |

| | | | |
|---|---|---|---|
| | | | (total assessment is $200.00) Deft. remanded. (clerk) (Entered: 11/20/1996) |
| 11/19/1996 | 119 | | JUDGMENT in a Criminal Case Keith Eugene Gaffney (1) count(s) 2, 5 , 8 , 9 . Life as to Count 2, 10 yrs as to each of Counts 5 &8 &20 yrs. as to Count 9, 5 yrs SR as to Counts 2 &9, 3 yrs as to Counts 5 &8 concurrent with each other . ( Signed by Judge James C. Cacheris ) party Keith Eugene Gaffney [111−1] motion by USA to Vacate the Conviction and Sentence on Count I by USA, [92−1] motion for Claude Convisser to Withdraw as Attorney by Keith Eugene Gaffney, [88−1] motion by Keith Eugene Gaffney to Late File by Keith Eugene Gaffney, [84−1] motion to Withdraw as counsel for deft. by Keith Eugene Gaffney, [78−1] motion by Keith Eugene Gaffney by Keith Eugene Gaffney, [76−1] joint motion as to Tony Patterson for reduction of sent. by Tony Patterson, [73−1] motion by USA to unseal all documents and records by USA, [71−1] motion by USA for downward departure by USA, [64−1] motion by USA by USA, [50−1] motion by Glen Smith to Sever defts. by Glen Smith, [49−1] motion by Glen Smith in Limine by Glen Smith, [42−1] motion by USA for Reconsideration of [41−1] order by USA, [35−1] motion by Glen Smith for Reconsideration of [34−1] order by Glen Smith, [39−1] motion by Keith Eugene Gaffney in Limine by Keith Eugene Gaffney, [37−1] motion by Keith Eugene Gaffney to adopt motions of codeft. Glenn Smith by Keith Eugene Gaffney, [27−1] motion by USA to Seal plea doc.'s, motion to seal and accompanying Order(granting same) by USA, [25−1] motion by USA to disqualify the law firm of Kohlman, Rochon and Roberts by USA, [22−1] motion by Glen Smith for statements by co−defendants and co−conspirators by Glen Smith, [21−1] motion by Glen Smith to Compel disclosure of favorable evidence against witnesses not called to the stand by the Government by Glen Smith, [20−1] motion by Glen Smith to Suppress at trial any out−of−court confessions made by any co−defendants by Glen Smith, [19−1] motion by Glen Smith for Notice of Government's intention to use evidence arguably subject to suppression by Glen Smith, [18−1] motion by Glen Smith for Disclosure of all statements which the Govt. will seek to attribute to deft. and incoporated Memorandum of Law by Glen Smith, [17−1] motion by Glen Smith for production of interview reports with individuals who will not be called as witnesses at trial by Glen Smith, [16−1] motion by Glen Smith for Discovery and Inspection by Glen Smith, [15−1] motion by Glen Smith for Production of Exculpatory Information by Glen Smith, [14−1] motion by Glen Smith for Bill of Particulars by Glen Smith, [13−1] motion by Glen Smith for Disclosure of "Similar" of "Extrinsic Act" Evidence by Glen Smith, [8−1] motion by Keith Eugene Gaffney to modify conditions of confinement by Keith Eugene Gaffney, [3−1] motion Application filed by USA UNDER SEAL by USA (clerk) (Entered: 11/21/1996) |
| 11/19/1996 | 120 | | ORDER as to Keith Eugene Gaffney, that the conviction and sentence on Count 1 of the Indictment is vacated. ( Signed by Judge James C. Cacheris ) Copies Mailed: y (clerk) (Entered: 11/21/1996) |
| 11/29/1996 | 121 | | LETTER from the USCA that a writ of certiorari has been filed as to Keith Eugene Gaffney (clerk) (Entered: 02/25/1997) |
| 01/16/1997 | 122 | | LETTER from the USCA that the supreme court has denied the writ of certiorari as to Keith Eugene Gaffney (clerk) (Entered: 02/25/1997) |

| 06/30/1997 | 123 | | TRANSCRIPT filed in case as to Keith Eugene Gaffney of proceedings of 11/19/96(JCC) (clerk) (Entered: 07/01/1997) |
|---|---|---|---|
| 07/21/1997 | 124 | | MOTION to Vacate Sentence and set aside Judgement pursuant to Title 28 :2255 U.S.C. tog. w/Affadavit for Leave to Proceed w/out cost filed by Keith Eugene Gaffney (CA–97–1222–AM) (clerk) (Entered: 08/05/1997) |
| 08/07/1997 | 125 | | ORDER that the petition be filed in forma pauperis and that the U.S. file an answer to the petition w/in 23 days of the date of this Order ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (clerk) Modified on 08/08/1997 (Entered: 08/08/1997) |
| 09/02/1997 | 126 | | ANSWER together with MEMORANDUM of Points &Authorities by USA in opposition to [124–1] motion to Vacate Sentence and set aside Judgement pursuant to Title 28 USC 2255 (clerk) Modified on 09/09/1997 (Entered: 09/03/1997) |
| 09/08/1997 | 127 | | ORDER as to Keith Eugene Gaffney that Petitioner is advised that he hs the right to Respond w/ any matter w/in 20 days of the date of this Order and failure to do so may result in the entry of Judgment based on the pleadings received frojm the Respondent (see Order for add.'l details) ( Signed by Judge James C. Cacheris ) Copies Mailed: yes (clerk) (Entered: 09/09/1997) |
| 09/15/1997 | 130 | | RESPONSE by Keith Eugene Gaffney in opposition to [126–1] opposition by US to deft's motion pursuant to 28:2255 (clerk) (Entered: 10/17/1997) |
| 09/23/1997 | 128 | | Letter MOTION by Keith Eugene Gaffney to Extend Time for 30 days to file response to govt's opposition (clerk) (Entered: 09/25/1997) |
| 09/24/1997 | 129 | | ORDER granting [128–1] motion by Keith Eugene Gaffney to Extend Time for 30 days to file response to govt's opposition – entered &filed ( Signed by Judge James C. Cacheris ) Copies Mailed: Yes (clerk) (Entered: 09/25/1997) |
| 10/14/1997 | 131 | | MEMORANDUM OPINION as to Keith Eugene Gaffney – entered &filed ( Signed by Judge James C. Cacheris ) (clerk) (Entered: 10/17/1997) |
| 10/14/1997 | 132 | | ORDER in accordance with memorandum opinion denying and dismissing deft Keith Gaffney's motion pursuant to 28:2255 with prejudice; should deft wish to appeal, written notice must be filed w/i 60 days of the date of this order – entered &filed ( Signed by Judge James C. Cacheris ) Copies Mailed: Yes (clerk) (Entered: 10/17/1997) |
| 10/23/1997 | 133 | | REPLY to Govt's oppisition to motion to vacate sentence pursuant to 28:2255 (clerk) (Entered: 10/27/1997) |
| 11/11/1997 | 134 | | NOTICE OF APPEAL of Order Dated 10/14/97 by Keith Eugene Gaffney. (clerk) Modified on 11/14/1997 (Entered: 11/14/1997) |
| 11/11/1997 | 135 | | AFFIDAVIT by Keith Eugene Gaffney to Proceed in Forma Pauperis (clerk) (Entered: 11/14/1997) |
| 11/13/1997 | 136 | | ORDER granting [135–1] motion by Keith Eugene Gaffney to Proceed in Forma Pauperis – entered &filed ( Signed by Judge James C. Cacheris ) Copies Mailed: Yes (clerk) (Entered: 11/14/1997) |
| 11/14/1997 | | | Notice of appeal and copy of docket entries and order of 10/14/97 as to Keith Eugene Gaffney to USCA. (clerk) (Entered: 11/14/1997) |

| | | | |
|---|---|---|---|
| 11/14/1997 | | | RECORD on appeal transmitted to USCA in 3 volumes (clerk) (Entered: 11/14/1997) |
| 11/21/1997 | | | USCA Case Number 97–7650 as to Keith Eugene Gaffney. Case Manager:Shirley Beasley (clerk) (Entered: 11/24/1997) |
| 01/23/1998 | 137 | | MOTION by Keith Eugene Gaffney to Vacate under 28 U.S.C. 2255 CA.98–141–AM (clerk) (Entered: 02/02/1998) |
| 02/12/1998 | 138 | | ORDER that the deft. is required to obtain authorization from the USCA in accordance with 28:2244 in order to file this second motion. The court cannot at this time consider deft's second motion as it has not been certified by a 3 judge panel of the USCA as required by 28:2244(b) as to Keith Eugene Gaffney – entered &filed ( Signed by Judge James C. Cacheris ) Copies Mailed: Yes (clerk) (Entered: 02/18/1998) |
| 03/27/1998 | 139 | | COPY of opinion of USCA, decided 03/26/98, denying the certificate of appealability and dismissing the appeal on the reasoning of the district court. (clerk) (Entered: 03/31/1998) |
| 04/22/1998 | 140 | | ORDER from the USCA that the court denies Keith Eugene Gaffney's motion pursuant to 28:2244 for authorization to file a successive application – entered &filed (clerk) (Entered: 05/06/1998) |
| 05/15/1998 | 141 | | LETTER from USCA that the mandate will not issue at this time because a petition for rehearing has been filed as to Keith Gaffney. (clerk) (Entered: 05/20/1998) |
| 06/24/1998 | 142 | | ORDER from the USCA that the petition for rehearing and suggestion for rehearing in banc are denied as to Keith Eugene Gaffney (clerk) (Entered: 06/30/1998) |
| 07/02/1998 | | | RECORD received from USCA in 2 volumes. (clerk) (Entered: 07/06/1998) |
| 03/27/2001 | 147 | | GOVERMENT's Position Concerning Petition on Supervised Release [143–1] order (clerk) (Entered: 03/28/2001) |
| 03/23/2015 | 150 | 17 | MOTION for Certificate of Appealability by Keith Eugene Gaffney. (Attachments: # 1 Envelope)(krob, ) (Entered: 03/24/2015) |
| 04/01/2015 | 151 | 28 | ORDER denying 150 Motion for Certificate of Appealability; **a Certificate of Appealability is DENIED** as to Keith Eugene Gaffney (1). Signed by District Judge James C. Cacheris on 4/1/15. (c/s to deft) (krob, ) (Entered: 04/01/2015) |
| 04/28/2015 | 152 | 31 | NOTICE OF APPEAL by Keith Eugene Gaffney as to 151 Order on Motion for Certificate of Appealability (Attachments: # 1 Envelope)(krob, ) (Entered: 04/29/2015) |
| 04/29/2015 | 153 | 34 | Transmission of Notice of Appeal to 4CCA as to Keith Eugene Gaffney to US Court of Appeals re 152 Notice of Appeal (All case opening forms, plus the transcript guidelines, may be obtained from the Fourth Circuit's website at www.ca4.uscourts.gov) (krob, ) (Entered: 04/29/2015) |
| 04/30/2015 | 154 | 35 | USCA Case Number 15–6658 Case Manager: Pamela K. Stump for 152 Notice of Appeal filed by Keith Eugene Gaffney. (krob, ) (Entered: 05/04/2015) |

| 04/30/2015 | 155 | 36 | Record Request re 152 Notice of Appeal : (krob, ) (Entered: 05/04/2015) |
|---|---|---|---|

United States District Court For The Eastern District OF Alexandria, Virginia


KHALIF ABDUL QAWI MUJAHID A/K/A KEITH E. GAFFNEY-BEY
Petitioner, Pro.se

United States Penitentiary-ADX
P.O. Box-8500
Florence, CO. 81226-8500

v.

United States OF America


Comes Now Petitioner, Pro.se. Khalif Abdul Qawi Mujahid, respectfully submitting the afore going Motion, and ask that this Honorable Court, issue an Order to grant this Motion for a "Certificate Of Appealability", Pursuant to 28.U.S.C. § 2253 (c) (1).


Petitioner Filed a Motion under 28.U.S.C. § 2244, For an order authorizing the District Court to consider a second or successive application for relief under 28

U.S.C. § 2255, to the United States Court of Appeals For The Fourth Circuit, Filed: September 2, 2014, No. 14-406 (1:95-cr-00053-JCC-1).

The court denied the motion, at the direction of Judge Wilkinson, with the concurrence of Judge Motz, and Judge Wynn.

Petitioner, states in this motion 28.U.S.C. § 2253 (c) (1) that The Fourth Circuit Court of Appeals, denied my 28 U.S.C. § 2244, although i raised claims involving "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court (of the United States), that was previously unavailable."

Petitioner, filed with my 28 U.S.C. § 2244 For Order Authorizing District Court To Consider Second or Successive Application For Relief Under 28 U.S.C. § 2255, a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody. Petitioner had Four New grounds that i raised in my

3.

motion, under Newly Discovered Evidence, with a typed written motion of statement of facts, and Background Information, as well as exhibits, supporting the four new grounds and facts to grant my 28 U.S.C. § 2244, and 28 U.S.C. § 2255.

Petitioner, was convicted May 23, 1995, in U.S. District Court for the Eastern District of Alexandria, Virginia, on five counts of a ten count indictment for a prison case of Engaging in a Continuing Enterprise, Conspiracy, Heroin Distribution, and seven other charges. The Fourth Circuit Court of Appeals, vacated the Conspiracy count on September 11th, 1996, Affirmed the other four counts, and Remanded.

Petitioner, states that there was Insufficient Evidence as a matter of Law to establish "A Continuing Criminal Enterprise under 846 (B) Kingpin Statute", by me Khalif Abdul Qawi Muyahid, ever existed during the four year period according to the indictment inside the now defunct Lorton Prison, at the D.C. Department of

4.

Corrections. I submitted Newly Discovered Eviden-ce, that was withheld by the government during pre-trial, and trial, that would of resulted in an acquittal on all counts had that evidence been presented to my trial jury.

Petitioner, also stated in my 28. U.S.C. § 2255 that the government violated my constitu-tional rights under the Brady law, by withholding Favorable Evidence that consti-tuted Fraudulent Concealment to withhold the exculpatory evidence of F.B.I. lab Reports, and Court ordered Pen Register Appli-cations, and other material evidence during my trial. I didn't Know that any of the Newly Discovered Evidence, existed during my trial, and appeal, and was recently discover-ed when i filed my 28 U.S.C. § 2244, and 28 U.S.C. § 2255.

The F.B.I. lab Reports, clearly said that my Fingerprints were not on the 14-packets of drugs that investigating F.B.I. Agent Dan Sparks, submitted to his F.B.I. lab, and the government told my trial jury

5.

that i gave these same 19-packets of $5-dollar bags of heroin to an inmate who F.B.I. Agent Dan Sparks, arrested for in September, 1992, and my same trial judge, sentenced to 30-months for them same $45.00 dollars worth of drugs.

The government had this inmate testify that i gave him that $45.00 dollars worth of drugs minutes before he was arrested for them, although it came out during this inmate's testimony, and my own testimony that i was not in the prison when this inmate was arrested.

If the government would not have withheld these F.B.I. lab Reports, of these 19-packets of heroin that said my fingerprints was not on them, and i could of submitted them to my jury it would of resulted in an acquittal on all counts. The government told my jury during their opening statements that i ordered drugs over the telephone from 1989, until 1994, when this alleged drug conspiracy existed. Although they did not produce not one

taped telephone call from this alleged four and a half year investigation, the government withheld the court ordered Pen Register Applications, signed by my trial judge, that he approved to record the prison telephone, my families telephone, and two correctional officers telephone.

My trial judge signed these Pen Register Applications, court orders, and extensions to the first court orders in 1993, two years before i was indicted in February, 1995. Although the government told my jury that i ordered drugs over the telephone every day for four and a half years, and did not produce not one recorded telephone call, they withheld these Pen Register Applications, court orders, that had my trial jury had the privilege to see it would of resulted in an acquittal on all counts, since they acquitted me of five counts without this evidence.

Petitiong's defense attorney, Mark J. Rochon, had material evidence, and exculpatory evidence that he received from my

prison files, and the government that he withheld from me, and my jury, that was conclusive evidence that would have resulted in a direct acquittal. The government's chief witness, Walter Harris, testified that my daughter visited him on June, 16th, 1992, and gave him an ounce of heroin. During cross-exam, when my trial attorney, told this witness that my daughter was murdered December 5th, 1990, this witness tried to change his testimony, and told the court it was my other daughter who was sitting in the courtroom.

Attorney, Mark J. Rochon, had the visiting print-out for every prisoner who received a visit on June 16th, 1992, and refused to submit it to the court, and my jury, to show that the government's chief witness was lying, and giving false testimony. This Newly Discovered Evidence, that i now have would have also convinced the jury with the F.B.I. Lab Reports, and court ordered Pen Register Applications, to acquit me on all counts, since i was acquitted on five counts without this evidence.

8.

The government violated petitioner's rights under Due Process of Law and Procedures, by committing prosecutorial misconduct by knowingly producing fraudulent evidence, and knowingly making false statements to the court, and use of false testimony by numerous prison inmates, that some admitted during their testimony that they were told lies by the government, and encouraged to lie, and were coached by the government.

By the government withholding evidence at my trial, and making false statements, and producing fraudulent evidence to secure an illicit advantage, this honorable court has no other recourse but to grant this motion of certificate of Appealability.

Petitioner, clearly asserts in this motion that The Fourth Circuit Court of Appeals, ruling is debatable, because they need not deny my claims on procedural grounds. In order to satisfy § 2253 (c) "A petitioner must demonstrate that reasonable jurists would find the District's

Court assessment of the constitutional claims debatable or wrong"); Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000). (Holding that when relief is denied on procedural grounds, a petitioner must establish both that the correctness of the dispositive procedural ruling is debatable, and that the petition states a debatable, valid claim of the denial of a constitutional right).

Petitioner, has made a substantial showing of a denial of a constitutional right, so pursuant to 28 U.S.C. § 2253 (1) a certificate of Appealability, may be issued. Petitioner, clearly asserts that the newly discovered evidence, mentioned in this motion, and was submitted in my 28. U.S.C. § 2244, and 28. U.S.C. § 2255 motions establishes by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found me guilty of all ten counts, since my jury acquitted me on five counts without this newly discovered evidence. Because of a new rule of constitutional law,

previously unavailable, made retroactive by the Supreme Court, to cases on Collateral review. (Slack V. McDaniel, 529, U.S. 473, 484, 120 S.Ct. 1595, 146 L. Ed. 2d. 542 (2000), and Miller-El V. Cockrell, 537 U.S. 322, 336-38, 123 S.Ct. 1029, 154 L. Ed. 2d 931 (2003).

Petitioner, respectfully request permission from this Honorable Court, to be granted a certificate of Appealability under 28 U.S.C. § 2253 (c) (1) because the Newly Discovered evidence was unavailable to me at trial, appeal, and post motions of challenging conviction. Because it my jury would have had access to this evidence that was withheld by the government i would have been found Not guilty on all charges. (See Jones V. U.S. 226 F. 3d 328, 329 (4th Cir. 2000).

I declare under penalty of perjury that the foregoing is true and correct and that this motion under 28. U.S.C. § 2253 (c) (1) was executed on March 18th, 2015.

Khalif Abdul Qawi Mujahid
Pro Se



Name: KHALFAN ABDUL QANI MUSTAFID
Reg. No: 19919-101
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

RECEIVED MAILROOM
MAR 23 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Honorable U.S. Judge, Gerald Bruce Lee
United States District Court For
The Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia   22314-5798

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| KEITH EUGENE GAFFNEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:95-CR-53 (JCC) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

This matter is before the Court on the pro se
Petitioner's Motion for a Certificate of Appealability pursuant
to 28 U.S.C. § 2253(c)(1). [Dkt. 150.] The Court is without
jurisdiction to consider this request, however, and for the
reasons set forth below, the Court will deny and dismiss the
motion.

On November 19, 1996, Petitioner was sentenced to life
imprisonment for his involvement in a drug distribution
conspiracy within the now-defunct Lorton Reformatory prison.
Petitioner filed his first motion to vacate his conviction and
sentence pursuant to 28 U.S.C. § 2255 on July 21, 1997. [Dkt.
124.] On October 14, 1997, the Court denied and dismissed the
motion, and denied a certificate of appealability. [Dkts. 131,
132.] Petitioner appealed this denial. While his appeal was
still pending in the Fourth Circuit, Petitioner filed a second

1

USCA4 28

or successive motion to vacate his sentence on January 23, 1998. [Dkt. 137.] On February 12, 1998, the Court entered an order that directed Petitioner to obtain authorization from the United States Court of Appeals for the Fourth Circuit in accordance with 28 U.S.C. § 2244 in order to file a successive petition. [Dkt. 138.] On March 26, 1998, the Fourth Circuit dismissed Petitioner's appeal and also denied a certificate of appealability.

Almost seventeen years later, it appears that Petitioner recently sought authorization from the Fourth Circuit to file a successive petition, allegedly due to newly discovered evidence and/or a new rule of constitutional law. (Mot. at 1-2.) The Fourth Circuit denied this request. (Id.) Petitioner now asks that this Court "grant[] a certificate of appealability under 28 U.S.C. § 2253(c)(1) because the newly discovered evidence was unavailable to [him] at trial, appeal, and post motions of challenging conviction [sic]." (Id. at 10.)

This Court is without jurisdiction to grant the relief Petitioner seeks. The Court denied and dismissed with prejudice Petitioner's original motion to vacate under 28 U.S.C. § 2255 on October 14, 1997. [Dkt. 132.] Accordingly, as Petitioner is aware, before he can file a second or successive petition under 28 U.S.C. § 2255, he must first get authorization from a panel of the Fourth Circuit. Petitioner has attempted to get such

2

authorization, but his request was denied.  Thus, this Court is without jurisdiction to consider the instant request.  See Burton v. Stewart, 549 U.S. 147, 157 (2007); see also 28 U.S.C. § 2255(h).

Therefore, it is hereby ORDERED that:

(1) Petitioner's Motion for a Certificate of Appealability [Dkt. 150] is DENIED;

(2) a Certificate of Appealability is DENIED;

(3) Petitioner shall have sixty (60) days from the entry of this Order to file any appeal of this ruling; and

(4) the Clerk of Court shall forward copies of this Order to all counsel of record, and Petitioner, pro se.

It is so ORDERED.

_____/s/_____
April 1, 2015                    James C. Cacheris
Alexandria, Virginia      UNITED STATES DISTRICT COURT JUDGE

3

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAILROOM

APR 28 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

KHALIF ABDUL QAWI MUJAHID
A/K/A KEITH EUGENE GAFFNEY,

Petitioner,

V.                                         1-95-CR-53

UNITED STATES OF AMERICA,

Respondent.

Petitioner, Khalif Abdul Qawi Mujahid, pro se
respectfully is sending this Notice of
Appeal, under Rule 22, to let this
honorable court, know that i will be
filing an appeal to the Fourth Circuit
Court of Appeals. Petitioner is appealing
the April 1, 2015 ORDER, by U.S. District
Judge, James C. Cacheris, where he
dismissed my 28 U.S.C. § 2253 (c) (1)
motion for a Certificate of Appealability.
Petitioner, also respectfully request that

2.

this honorable court acknowledge and respect my legal name Khalif Abdul Qawi Mujahid. Judge, James C. Cacheris, sentenced me November 19, 1996, to life imprisonment under my legal name, and all of my court proceedings, and filings in several circuit courts has been under my legal name Khalif Abdul Qawi Mujahid, since 1996.

My prison records in this Federal Bureau of Prisons, and in the D.C. Department of Corrections, are under my legal name. Because of Judge, James C. Cacheris, April 1, 2015, order, being typed under my birth name, it took me twenty (20) days, because it was rejected until the mailroom went in the computer to match my prison reg. No# 19974-101 with my old Name. My 28 U.S.C. § 2255 (c)(1) motion was sent to that court under Khalif Abdul Qawi Mujahid, so i don't understand why Judge, James C. Cacheris, ORDER, was not answered under my name? Hopefully, this court will recognize, and acknowledge my name.

April 22, 2015                          /s/
Respectfully Submitted,    Khalif Abdul Qawi Mujahid

Name KHALIF ABDUL QAWI MUJAHID
Reg. No. 04479-101
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

4-23-15
DEN

DENVER CO 802

24 APR 2015 PM 1 L



OFFICE OF CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 - COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA
22314-5798

22314579899

LEGAL MAIL

## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** ___04/28/15___ | **District:** EDVA | **District Case No.:** 1:95cr53 |
|---|---|---|
| ___ First NOA in Case | **Division:** VAED | **4CCA No(s). for any prior NOA:** |
| ✓ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** USA | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA ___ Paper Supp. | v. | |
| Vols: _____ | | |
| Other: _____ __ | Keith Eugene Gaffney | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal) ___ Appeal fees paid in full ✓ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✓ In custody | ✓ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| Keith Eugene Gaffne 19979-101 USO Max P.O. Box8500 Florence, CO 81226-8500 | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** James C. Cacheris | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | |
| | **Sealed Status** (check all that apply): |
| | ____ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| **Coordinator:** | ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ✓ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Kathy Roberts _ Phone: 703-299-2102 Date: 04/29/15_____

01/2012

FILED: April 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6658

(1:95-cr-00053-JCC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid; a/k/a Fly, a/k/a
Keith Gaffney-Bey, a/k/a Slim

      Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| --- | --- |
| Originating Case Number | 1:95-cr-00053-JCC-1 |
| Date notice of appeal filed in originating court: | 04/28/2015 |
| Appellant (s) | Keith Eugene Gaffney |
| Appellate Case Number | 15-6658 |
| Case Manager | Pamela K. Stump<br>804-916-2704 |

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219


April 30, 2015


_____

RECORD REQUEST

_____


No. 15-6658,   US v. Keith Eugene Gaffney
                    1:95-cr-00053-JCC-1

TO:   Fernando Galindo

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Pamela K. Stump, Deputy Clerk
804-916-2704