FILED: July 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6658
(1:95-cr-00053-JCC-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid; a/k/a Keith
Gaffney-Bey; a/k/a Fly; a/k/a Slim

       Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is

denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

                        /s/ PATRICIA S. CONNOR, CLERK