FILED: August 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 15-6658
(1:95-cr-00053-JCC-1)
———————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid; a/k/a Keith
Gaffney-Bey; a/k/a Fly; a/k/a Slim

      Defendant - Appellant

———————————

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)
———————————

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or

rehearing en banc or the timely filing of a motion to stay the mandate stays the

mandate until the court has ruled on the petition for rehearing or rehearing en banc or

motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending

further order of this court.

*/s/Patricia S. Connor, Clerk*