FILED:  October 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6658
(1:95-cr-00053-JCC-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid; a/k/a Keith
Gaffney-Bey; a/k/a Fly; a/k/a Slim

Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge King and Senior

Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk