FILED: October 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6658
(1:95-cr-00053-JCC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid; a/k/a Keith
Gaffney-Bey; a/k/a Fly; a/k/a Slim

        Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered 07/28/2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*