

RECEIVED
MAILROOM

SEP 1 8 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

KHALIF ABDUL QAWI MUJAHID
aka KEITH EUGENE GAFFNEY
#19979-101

USP-ADX, P.O. BOX-8500
Florence, CO. 81226-8500

CLERK'S OFFICE                    September 12th, 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401-COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA, 22314-5798

                    US v. Gaffney, 1:95-cr-00053-JCC-1

Dear Clerk,
            I'm writing you to inquire
about my motion Federal Rules of Civil
Procedure 60(b), that was mailed to
this court to your office on July 17th,
2017, by Priority Mail.

I would like to know if you received my
motion, that also had a copy enclosed
to be distributed to the U.S. Attorney's
office, and if you gave me a docket
number on my motion?

I would truly appreciate a response to
this letter so I'll know if you received
my motion and if it's pending! Yours truly,
                    Khalif A.Q. Mujahid