IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KHALIF ABDUL QAWI MUJAHID,
a/k/a KEITH EUGENE GAFFNEY

1:95-cr-00053 (LMB)

Defendant-Movant

V.

UNITED STATES OF AMERICA,

Notice Of Appeal

Defendant, Khalif Abdul Qawi Mujahid, is
sending this Notice of Appeal, to the
Order, of United States District Judge,
Leonie M. Brinkema, signed December 21st,
2017, to my motion of Fea. R. of Civil
Proc. 60(b) to vacate, correct, and set
aside conviction. DISMISSED WITHOUT PRE-
JUDICE. Movant will seek authorization from
the Fourth Circuit to file a successive motion.

January 1st, 2018

Khalif Abdul Qawi Mujahid,
Movant, Khalif Abdul Qawi Mujahid