FILED:  January 18, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6050
(1:95-cr-00053-LMB-)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

KEITH EUGENE GAFFNEY, a/k/a Khalif Abdul Qawi Mujahid, a/k/a Fly, a/k/a
Slim

　　　　Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:95-cr-00053-LMB- |
| Date notice of appeal filed in originating court: | 01/11/2018 |
| Appellant (s) | Keith Eugene Gaffney, a/k/a Khalif Abdul Qawi Mujahid |
| Appellate Case Number | 18-6050 |
| Case Manager | Cathy Poulsen 804-916-2704 |