IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KHALIF ABDUL QAWI MUJAHID,
a/k/a Keith Eugene Gaffney

DEFENDANT-Movant

v.                              1:95-cr-00053-(LMB)

UNITED STATES OF AMERICA

NOTICE OF APPEAL

Defendant, Khalif Abdul Qawi Mujahid, received the ORDER, from United States District Judge, Leonie M. Brinkema, that was entered 21st, day of December, 2017, on December 28th, 2017, by my case-Manager.

I filed a Notice of Appeal, to this Honorable Court, on January 1st, 2018, because the ORDER gave me sixty (60) days, to file a written Notice of appeal, to the clerk of this court. I have NOT received a response to my January 1st, Notice of appeal, therefore i am sending this one so that i can appeal Judge, Leonie M. Brinkema's, December 21st, 2017, ORDER, dismissing my Motion To Vacate (Dkt. No. 164), without prejudice.

January 31st, 2018.                    Khalif Abdul Qawi Mujahid
                                        Movant
cc. Judge, Leonie M. Brinkema;          Khalif A.Q. Mujahid