IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KHALIF ABDUL QAWI MUJAHID
a/k/a Keith Eugene Gaffney

1:95-cr-00053-(LMB)

Honorable Judge, Leonie M. Brinkema, I received your December 21st, 2017 ORDER, dismissing without prejudice my motion under Federal Rules of Civil Procedure 60(b) to "vacate, correct, and set aside" my conviction. (Dkt. No. 164), on December 28th, 2017.

In your ORDER, you gave me sixty (60) days to file a written notice of appeal with the clerk of this court. I filed a notice of appeal on January 1st, 2018, to the clerk of this court and as of this day i have not received a response to my January 1st, 2018, notice of appeal.

So, Judge, Leonie M. Brinkema, i'm sending another written notice of appeal to the clerk of this court and sending you a copy of it with this letter so you will know that this is my second written notice of appeal so this court won't say that i did not file a written notice of appeal to appeal your December 21st, 2017 ORDER. Hopefully, i will get a response this time from my second notice of appeal.

Sincerely,
Khalif Abdul Qawi Mujahid

January 31st, 2018

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KHALIF ABDUL QAWI MUJAHID,
a/k/a Keith Eugene Gaffney

Defendant - Movant

V.                                    1:95-cr-00053-(LMB)

UNITED STATES OF AMERICA

NOTICE OF APPEAL

Defendant, Khalif Abdul Qawi Mujahid, received the ORDER, from United States District Judge, Leonie M. Brinkema, that was entered 21st, day of December 2017, on December 28th, 2017, by my case-manager.

I filed a Notice of Appeal, to this Honorable Court, on January 1st, 2018, because the ORDER gave me sixty (60) days, to file a written Notice of Appeal, to the clerk of this court. I have not received a response to my January 1st Notice of Appeal, therefore i am sending this one so that i can appeal Judge Leonie M. Brinkema's, December 21st, 2017, ORDER, Dismissing my Motion to Vacate (DKT. NO. 164) without Prejudice.

January 31st, 2018.                          Khalif Abdul Qawi Mujahid
                                                    MOVANT
CC. Judge, Leonie M. Brinkema:               Khalif A.Q. Mujahid