FILED: March 16, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6050
(1:95-cr-00053-LMB-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KHALIF ABDUL QAWI MUJAHID, a/k/a Keith Eugene Gaffney, a/k/a Fly, a/k/a Slim

Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK