FILED: April 4, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6050
(1:95-cr-00053-LMB-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KHALIF ABDUL QAWI MUJAHID, a/k/a Keith Eugene Gaffney, a/k/a Fly, a/k/a
Slim

Defendant - Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or
rehearing en banc or the timely filing of a motion to stay the mandate stays the
mandate until the court has ruled on the petition for rehearing or rehearing en banc or
motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending
further order of this court.

*/s/Patricia S. Connor, Clerk*