FILED: May 23, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6050
(1:95-cr-00053-LMB-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KHALIF ABDUL QAWI MUJAHID, a/k/a Keith Eugene Gaffney, a/k/a Fly, a/k/a
Slim

Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 03/16/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*