KHALIF ABDUL GHALI MUJAHID
a/k/a KEITH EUGENE GAFFNEY
# 19979-101

USP-ADX, P.O. BOX-8500
FLORENCE, CO. 81226-8500

U.S. v. GAFFNEY EDVA: 1:95-cr-00053-JCC-1

October 15th, 2017

Honorable Judge, Liam O'Grady
U.S. District Judge, Eastern
District of Virginia
Alexandria, Virginia 22314

Dear Honorable Judge Liam O'Grady, I am writing you this personal letter with concerns about my motion of Federal Rules of Civil Procedures 60(b) that i sent to this Honorable Court on July 17th, 2017, by priority mail.

It's been over 90-days since i mailed my motion, with a copy enclosed to be distributed to the U.S. Attorney's Office, and i also wrote the Clerk of this Court on September 12th, 2017, two months after i mailed my motion to this Court inquiring about my motion (see enclosed copy) and i also enclosed a copy

2.

of this letter that i received from the Chief Deputy Clerk of the Fourth Circuit Court of Appeals, when he returned my motions to me directing me to mail my motion to this district court! (see enclosed copy).

Judge O'Grady, it's baffling to me why this court won't respond to my motion of Federal Rules of Civil Procedure 60(b), and why the Clerk of this court didn't respond to my September 12th, 2017 letter?

This is a court of law, and i know that i have a constitutional right to challenge my conviction, and have the merits of my new claims heard by this court. It seem like this court is trying to skirt around responding to my motion of Rule 60(b) particularly when the Clerk of this court wouldn't reply to my letter inquiring about my motion. So, Judge O'Grady, i'm sincerely asking you to let me know the disposition to my Fed. R. of P. 60(b) before i file a mandamus.

Sincerely,
Khalif A.Q. Mujahid

KHALIF ABDUR QAWI MUJAHID
aka KEITH EUGENE GAFFNEY
#10979-101

USP-ADX, P.O. BOX-8500
Florence, CO. 81226-8500

CLERK'S OFFICE                                    September 12th, 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401-COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA, 22314-5798

                              US v. GAFFNEY, 1:95-cr-00053-JCC-1

Dear Clerk,
            I'm writing you to inquire
about my motion Federal Rules of Civil
Procedure 60(b), that was mailed to
this court to your office on July 17th,
2017, by Priority Mail.

I would like to know if you received my
motion, that also had a copy enclosed
to be distributed to the U.S. Attorney's
Office, and if you gave me a docket
number on my motion?

I would truly appreciate a response to
this letter so i'll know if you received
my motion and if its pending! yours truly,
                              Khalif A.Q. Mujahid

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

June 14, 2017

Keith Eugene Gaffney
aka Khalif Abdul Mujahid
#19979-101
USP - Florence Admax
PO Box 8500
Florence, CO  81226

Re:    **Proposed Filing**
       **US v. Gaffney**
       **EDVA: 1:95-cr-00053-JCC-1**

Dear Mr. Gaffney:

This acknowledges receipt by this court of your proposed filing seeking relief under Federal Rules of Civil Procedure 60(b). Please be advised that such relief would only be available from the district court. Accordingly, your paperwork is returned that you may properly redirect it.

Should you wish to file with this court a motion for authorization to file a second or successive § 2255 motion you may do so on the enclosed forms.

Yours truly,

Mark J. Zanchelli
Chief Deputy Clerk

MJZ:cad
Enclosures