MUJAHID KHALIF #19970-101  Nov. 18, 2020

TO: MR. B. TRUE, WARDEN

RE: My Compassionate Release Request
To you To satisfy Exhaustion

Dear Warden True,

As a matter of my age, my hepatitis-C, my moderate asthma, my macular degeneration in my left eye, and my post-sentence rehabilitation record, and my propensity to die from Covid-19 in totality (among other reasons) I'm entitled for a second look at re-sentencing under 18 U.S.C. 3582 (C)(1)(A) and the applicable Sentence Commission statement that defines the criteria.

I must get your support, opposition or no response from you within 30-days to have the court determine my extraodinary and compelling reasons for resentencing.

I hope you will support my claim based on the following. I fit the age criteria, I'm 60-years old, and i suffer from various serious medical conditions that put me at exposure from succumbing from Covid-19. I've had prostate surgery 6-yrs ago, and i'm still on medication for my prostate, i have hepatitis-C, i have macular degeneration in my left eye and i'm on medication for my eyes, and i am a lifetime asthmatic with chronic lung disease of moderate asthma, which the CDC confirms puts me at a significant risk of dying from Covid-19. As you know Covid-19 has made it to Florence compound, and inmates at the camp who does the laundry, work in the food service,



and clean the prison hallways have tested positive for covid-19. As of November 10, 2020, the local news reported that Colorado had 4,000 new infections. The state of Colorado has a 12% infection rate. There's no unit in the ADX where inmates don't come in contact with surfaces, staff, or inmates touch.

Freemont County, where many staff live has had an increase in covid-19 infections. Also various courts because of covid-19 have released inmates with life sentences, due to age, asthma, time served, and their record of rehabilitation.

I've been incarcerated since i was 19-years old, and i'm old-years old now. I've been in federal custody on my current federal conviction since i may 17th, 1994, and have been here at the super max for 24-years. I've obtained 75-educational certificates by programming, and i reside in K.18 unit the only unit at ADX where inmates are trusted to have physical contact with other inmates, and staff members of all ranks, without being in handcuffs. I've been submitted 3-times for state placement based on separation with gangs, and me being labeled the leader of D.C. inmates, and my positive behavior over the years. Because of covid-19, my age, time served, and my medical conditions, and rehabilitation record, i'm a candidate for time served or a resentencing with a close release date. Therefore, i pray that you will support my request for compassionate release, please! I would truly appreciate it! I thank you in advance! Sincerely,

Khalif a.Q. Myahid

2.