UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA,
ALEXANDRIA DIVISION

FILED
MAIL ROOM

DEC 28 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

DEAR CLERK OF THE COURT,

PLEASE MARK UP for a hearing the enclosed petition
motion for COMPASSIONATE RELEASE PURSUANT
to 18 U.S.C. 3582 (c)(1)(A) with a certificate
of service.

MOREOVER please also mark up for a hearing
petitioner's motion for the court to
order Public Defender's to review my
compassionate release motion, to determine
if it presents extraordinary and compelling
reasons that warrants appointment of
counsel.

petitioner hopes this court will fast-track
these motions given petitioner's is a high-
risk candidate to succumb from covid-19,
with my age, and pre-existing health con-
ditions. I also most importantly, a prime
candidate for time-served because I've been
incarcerated for 47-years and 3-months,
also considering my tenure here at this
supermax, 24-years, and my post sentence
rehabilitation.

I thank you in advance for considering
this matter.

SINCERELY,

Khalif Abdul Qawi Mujahid
14979-101
USP-ADX, Florence, Co.
81226-8500

KHALIF ABDUL QAWI MUJAHID