AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:95-cr-00053 (LMB) |
| Keith Eugene Gaffney | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                          .

Date:      12/31/2020                                                            /s/ Bibeane Metsch
                                                                                        *Attorney's signature*

                                                                   Bibeane Metsch, Assistant United States Attorney
                                                                                *Printed name and bar number*

                                                                          United States Attorney's Office
                                                                          2100 Jamieson Avenue
                                                                          Alexandria, VA 22314

                                                                                      *Address*

                                                                          bibeane.metsch@usdoj.gov
                                                                                  *E-mail address*

                                                                              (703) 299-3700
                                                                              *Telephone number*

                                                                              (703) 299-3980
                                                                                  *FAX number*