

## Individualized Needs Plan - Program Review    (Inmate Copy)

**SEQUENCE: 00034198**

Dept. of Justice / Federal Bureau of Prisons

**Team Date: 07-28-2020**

Plan is for inmate: MUJAHID, KHALIF ABDUL  19979-101

| | |
|---|---|
| Facility: | FLM FLORENCE ADMAX USP |
| Name: | MUJAHID, KHALIF ABDUL |
| Register No.: | 19979-101 |
| Age: | 67 |
| Date of Birth: | ■■■■■ |

| | |
|---|---|
| Proj. Rel. Date: | UNKNOWN |
| Proj. Rel. Mthd: | LIFE |
| DNA Status: | ■■■■■ |

*(handwritten: चारों ओर — WRONG)*

### Detainers

| Detaining Agency | Remarks |
|---|---|
| BUREAU OF PRISONS | CONT CRIMINAL ENTERPRISE C/S CASE NUMBER 1:95CR00053- |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | UNASSGN | UNASSIGNED | 03-31-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | ESL HAS | ENGLISH PROFICIENT | 05-18-1994 |
| FLM | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-10-1994 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | | THE PASSIONS :PHILOSOPHY | 05-25-2020 | CURRENT |
| FLM | | THE SPIRITUAL BRAIN | 05-19-2020 | CURRENT |
| FLM | C | ENGLISH GRAMMAR BOOT CAMP ACE | 02-03-2020 | 04-25-2020 |
| FLM | C | ZOOLOGY ACE CLASS | 12-16-2019 | 03-07-2020 |
| FLM | C | THE PHYSICS OF HISTORY | 04-08-2019 | 06-29-2019 |
| FLM | C | PATTON 360 | 01-28-2019 | 04-06-2019 |
| FLM | C | ACE THE BLACK DEATH | 03-19-2018 | 06-09-2018 |
| FLM | C | ACE PHARAOHS OF ANCIENT EGYPT | 02-05-2018 | 03-17-2018 |
| FLM | C | ACE ENGINEERING DISASTERS 2 | 05-09-2017 | 07-08-2017 |
| FLM | C | ACE HOW THE STATES GOT SHAPES | 02-28-2017 | 05-06-2017 |
| FLM | C | ACE WORLD'S DEADLIEST | 07-28-2015 | 09-01-2015 |
| FLM | C | WHY ECONOMICS RISE AND FALL | 06-02-2015 | 08-24-2015 |
| FLM | C | ACE UNTAMED AMERICAS | 06-16-2015 | 07-14-2015 |
| FLM | C | ACE FROZEN PLANET | 04-21-2015 | 06-02-2015 |
| FLM | C | THE RIGHTS OF MAN | 06-13-2013 | 09-05-2013 |
| FLM | C | ANCIENTS BEHAVING BADLY | 01-09-2013 | 03-05-2013 |
| FLM | C | FOUNDING FATHERS,BROTHERS | 06-13-2012 | 08-07-2012 |
| FLM | C | FACES OF FREEDOM | 11-09-2011 | 01-24-2012 |
| FLM | C | AMERICA AT WAR - PART 3 | 06-08-2011 | 08-16-2011 |
| FLM | C | GREAT PRESIDENTS - PART 1 | 12-02-2010 | 02-23-2011 |
| FLM | C | 500 NATIONS | 08-18-2010 | 10-12-2010 |
| FLM | C | BOOKS THAT MADE HISTORY 2 | 07-08-2010 | 09-08-2010 |
| FLM | C | BOOKS THAT MADE HISTORY 1 | 05-06-2010 | 07-07-2010 |
| FLM | C | THE UNIVERSE - PART 1 | 03-03-2010 | 05-25-2010 |
| FLM | C | BITS OF HISTORY | 12-09-2009 | 03-02-2010 |
| FLM | W | AMERICAN EXPERIENCE PART 4 | 10-01-2008 | 12-02-2008 |
| FLM | W | HISTORY OF EUROPEAN ART PART 1 | 09-25-2008 | 12-02-2008 |
| FLM | C | WAR OF 1812 & LIFE OF HITLER | 07-23-2008 | 10-01-2008 |
| FLM | C | SCIENCE WARS | 07-03-2008 | 09-24-2008 |
| FLM | C | THE VIKINGS - PART 2 | 05-01-2008 | 07-03-2008 |
| FLM | C | TEN DAYS THAT CHANGED AMERICA | 02-20-2008 | 04-29-2008 |
| FLM | C | JAZZ - PART 2 | 09-05-2007 | 11-13-2007 |
| FLM | C | A HISTORY OF IMPRESSIONISM | 06-21-2007 | 09-12-2007 |
| FLM | C | JAZZ - PART 1 | 06-27-2007 | 09-04-2007 |
| FLM | W | AMER. REVL. + US MEXICAN WAR | 01-24-2007 | 03-06-2007 |
| FLM | C | ANIMALS OF THE WORLD | 11-01-2006 | 01-23-2007 |
| FLM | C | R. E. LEE AND HIS HIGH COMMAND | 06-08-2006 | 08-30-2006 |



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MUJAHID, KHALIF ABDUL   19979-101

SEQUENCE: 00034198

Team Date: 07-28-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | C | NEW YORK | 12-08-2005 | 03-15-2006 |
| FLM | C | CONQUEST OF THE AMERICAS | 03-31-2005 | 06-22-2005 |
| FLM | C | ARGUMENTATION:EFFEC. | 08-19-2004 | 11-10-2004 |
| FLM | C | BLACK AMERICANS | 06-10-2004 | 08-18-2004 |
| FLM | C | WORLD RELIG-ISLAM/CHRISTIANITY | 04-07-2004 | 06-29-2004 |
| FLM | C | THE AFRICANS | 03-05-2003 | 05-06-2003 |
| FLM | C | CLASSICAL MYTHOLOGY | 11-27-2002 | 02-18-2003 |
| FLM | C | THE CELTS | 11-28-2002 | 02-05-2003 |
| FLM | C | CALCULUS MADE CLEAR | 06-13-2002 | 09-04-2002 |
| FLM | C | ALEXANDER AND HELLENISTIC AGE | 05-29-2002 | 08-20-2002 |
| FLM | C | KING ARTHUR & CHIVALRY | 07-12-2001 | 10-03-2001 |
| FLM | C | ANCIENT GREEK CIVILIZATION | 10-03-2000 | 12-25-2000 |
| FLM | C | AMERICAN MUSIC | 10-04-2000 | 12-19-2000 |
| FLM | C | THE JOY OF MATHEMATICS | 04-18-2000 | 07-10-2000 |
| null | W | ADULT BASIC EDUCATION | 07-28-1986 | 08-10-1986 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-15-2010 |
| CARE2 | STABLE, CHRONIC CARE | 01-28-2005 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 10-11-1995 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-31-1994 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:**   **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 04-08-1997**

**Inmate Decision:**   **AGREED**   **$25.00**   Frequency: **QUARTERLY**

Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $250.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### Payment Details

Trust Fund Deposits - Past 6 months:   $894.00          Payments commensurate ?   N

New Payment Plan:   | FRP is complete. |

## Progress since last review

| Recently completed Zoology and Grammar. |
|---|

## Next Program Review Goals

| Enroll in Art of Teaching. Enroll in Geography. |
|---|

## Long Term Goals

| Enroll in Spirit Brain by 09-2021 to complete by 12-2021. Enroll in Passions by 11-2021 to complete by 02-2022. |
|---|

## RRC/HC Placement



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MUJAHID, KHALIF ABDUL   19979-101

SEQUENCE: 00034198
Team Date: 07-28-2020

| No. |
|---|
| Other detaining authority will take custody upon release. |

**Comments**

| ** No notes entered ** |
|---|