AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:95-cr-00053-LMB-1 |
| Keith Eugene Gaffney | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                           .

Date:      03/10/2021

/s/
*Attorney's signature*

Marie S. Zisa, N.Y. 5663265
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Address*

marie.zisa2@usdoj.gov
*E-mail address*

(703) 299-3737
*Telephone number*

(703) 299-3980
*FAX number*