IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

UNITED STATES OF AMERICA    )
    )
    v.    )    Criminal No. 1:95-cr-53
    )
KEITH EUGENE GAFFNEY,    )    The Hon. Leonie M. Brinkema
    )
    *Defendant*.    )

**Exhibit 2 Filed Under Seal**