IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:95-cr-53 |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| *Defendant.* | ) | |

## MOTION TO SEAL EXHIBITS

The United States of America, through undersigned counsel, pursuant to Local Rule 49 of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, respectfully asks this Honorable Court for an order to seal Exhibit 1 and Exhibit 2 attached to the United States' response in opposition to the defendant's motion for compassionate release.  In support, the United States provides as follows:

1.      The defendant has filed a motion for compassionate release.  The United States intends to include, as Exhibit 1 and Exhibit 2 to its response in opposition to the defendant's motion, records for the defendant obtained from the Bureau of Prisons.

2.      The medical records include personal details of the defendant and his medical history.  The sentence computation sheet includes personal identifying information of the defendant.  Sealing is required to protect the defendant's sensitive personal and medical information from public disclosure.

3.      "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).  Sealing documents is appropriate where the information contained in them involves sensitive medical or personal identification

information.  *See Rock v. McHugh*, 819 F. Supp. 2d 456, 475 (D. Md. 2011); *cf.* Local Criminal Rule 47(C).

4.      The United States has considered alternatives less drastic than sealing and has found none that would suffice to protect this private information.  The United States will transmit a copy of the medical records encompassed in Exhibit 1 and Exhibit 2 to the Court's chambers and counsel for the defendant.

WHEREFORE, the United States respectfully requests that Exhibit 1 and Exhibit 2 that will be attached to the United States' response in opposition to the defendant's motion for compassionate release be sealed indefinitely, or until further Order of the Court.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By:            _____/s/_____
Marie S. Zisa
Special Assistant United States Attorney
Bibeane Metsch
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3737
Facsimile: 703-299-3980
Email: Marie.Zisa2@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel of record in this case.

By:     _____/s/_____
Marie S. Zisa
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3737
Facsimile: 703-299-3980
Email: Marie.Zisa2@usdoj.gov