IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:95-cr-53 |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| *Defendant.* | ) | |

**<u>ORDER</u>**

Upon motion of the United States pursuant to Local Criminal Rule 49, the Court finds that sealing of Exhibit 1 and Exhibit 2 to the United States' response in opposition to the defendant's motion for compassionate release is necessary to prevent disclosure of the defendant's private medical information and personal identifying information. The Court finds that the defendant's privacy interests outweigh any competing interest in the public's right of access. Accordingly, it is hereby

ORDERED that the United States' motion to seal the exhibits is granted, and it is further

ORDERED that Exhibit 1 and Exhibit 2 to the United States' response in opposition to the defendant's motion for compassionate release be sealed until further order of the Court.

It is SO ORDERED.

_____
The Hon. Leonie M. Brinkema
United States District Judge


Date: _____
       Alexandria, Virginia