IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:95-cr-53 |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| *Defendant.* | ) | |

**Exhibit 1 Filed Under Seal**