IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:95-cr-53 |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| *Defendant.* | ) | |

## ORDER

Upon motion of the United States pursuant to Local Criminal Rule 49, the Court finds that

sealing of Exhibit 1 to the United States' supplemental response in opposition to the defendant's

motion for compassionate release is necessary to prevent disclosure of the defendant's personal

identifying information. The Court finds that the defendant's privacy interests outweigh any

competing interest in the public's right of access. Accordingly, it is hereby

ORDERED that the United States' motion to seal the exhibit is granted, and it is further

ORDERED that Exhibit 1 to the United States' supplemental response in opposition to the

defendant's motion for compassionate release be sealed until further order of the Court.

It is SO ORDERED.


_____
The Hon. Leonie M. Brinkema
United States District Judge


Date: _____
        Alexandria, Virginia