## IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:95-cr-53 |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| *Defendant.* | ) | |

## ORDER

Upon motion of the United States pursuant to Local Criminal Rule 49, the Court finds that sealing of Exhibit 1 to the United States' supplemental response in opposition to the defendant's motion for compassionate release is necessary to prevent disclosure of the defendant's personal identifying information. The Court finds that the defendant's privacy interests outweigh any competing interest in the public's right of access. Accordingly, it is hereby

ORDERED that the United States' motion to seal the exhibit is granted, and it is further

ORDERED that Exhibit 1 to the United States' supplemental response in opposition to the defendant's motion for compassionate release be sealed until further order of the Court.

It is SO ORDERED.

/s/ _____

Leonie M. Brinkema
United States District Judge

Date: April 15, 2021
Alexandria, Virginia