**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

UNITED STATES OF AMERICA,

v.

KEITH EUGENE GAFFNEY,

*Defendant.*

No. 1:95-cr-53

## ORDER

Good cause having been shown, the United States' Motion for a Copy of a Sealed Document is granted, and it is hereby ORDERED that the clerk provide the United States with a copy of the following documents: ECF No. 183-1 (Exhibit 1); ECF Nos. 188-1 and 188-2 (Exhibits 1 and 2); ECF No. 192-1 (Exhibit 1); and ECF Nos. 195-1 and 195-2 (Exhibits 1 and 2). The documents shall otherwise remain sealed.

/s/
Leonie M. Brinkema
**United States District Judge**

Date: August 26 2021
Alexandria, Virginia