**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No. 1:95-cr-53 (LMB)** |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE**

Mr. Gaffney submits this supplement in support of his renewed motion for compassionate release filed with the Court on August 24, 2021. *See* ECF Dkt. No. 204.

A further review of Mr. Gaffney's Bureau of Prisons' medical records obtained by defense counsel in August 2021 revealed that Mr. Gaffney was diagnosed with hypertension in April 2021 and has been taking medication for this condition for the past five months. *See* Exhibit 1, BOP Medical Record (filed under seal). Counsel for Mr. Gaffney did not previously provide this information to the Court.

The Center for Disease Control and Prevention identifies hypertension as a medical condition that may increase a person's risk of severe illness from COVID-19. *See* CDC, Coronavirus Disease 2019, People with Certain Medical Conditions (updated August 20, 2021) ("CDC Underlying Conditions"). The medical field defines Stage 1 hypertension as a top (systolic) number at 130-139 *or* a bottom (diastolic) number at 80-89, and Stage 2 hypertension as a top number at 140 or higher *or* a bottom number at 90 or higher, as set forth in this chart from the American Heart Association[1]:

---

[1] *See* American Heart Association, https://www.heart.org/en/health-topics/high-blood-pressure/understanding-blood-pressure-readings.

| BLOOD PRESSURE CATEGORY | SYSTOLIC mm Hg (upper number) | | DIASTOLIC mm Hg (lower number) |
|---|---|---|---|
| NORMAL | LESS THAN 120 | and | LESS THAN 80 |
| ELEVATED | 120 – 129 | and | LESS THAN 80 |
| HIGH BLOOD PRESSURE (HYPERTENSION) STAGE 1 | 130 – 139 | or | 80 – 89 |
| HIGH BLOOD PRESSURE (HYPERTENSION) STAGE 2 | 140 OR HIGHER | or | 90 OR HIGHER |
| HYPERTENSIVE CRISIS (consult your doctor immediately) | HIGHER THAN 180 | and/or | HIGHER THAN 120 |

The attached medical records reflect that Mr. Gaffney had numerous elevated blood pressure readings throughout much of 2021, including elevated readings after he began a medication regime in April 2021. *See* Exhibit 1. All but two of his readings from April through early July 2021 (the last reading captured in the attached record) meet the definition of Stage 2 hypertension:

| | |
|---|---|
| 04.01.21 | 156/100 |
| 04.08.21 | 177/89 |
| 04.15.21 | 172/102 |
| 04.22.21 | 152/104 |
| 04.26.21 | 159/103 |
| 04.29.21 | 157/98 |
| 05.06.21 | 142/91 |
| 05.13.21 | 137/85 |
| 06.09.21 | 112/78 |
| 07.02.21 | 149/94 |

*Id.*

A major recent study showed that coronavirus patients with high blood pressure face ***twice the risk of dying*** from COVID-19 as similarly situated patients without hypertension.[2] Specifically, in a study of nearly 3,000 patients published in the European Heart Journal on June 7, 2020, an international team of researchers found that about 4% of hospitalized patients with high blood pressure died, compared to about 1.1% of other patients – nearly four times the case-fatality rate. *Id.* "After some adjustments for differences among the patients, that worked out to a doubled risk of dying for the patients with high blood pressure." *Id.* Another analysis revealed that "a history of hypertension was common among those who had severe, as compared with non-severe, COVID-19."[3] In fact, "[t]he results showed that hypertensive patients carried a nearly *3.48-fold higher* risk of dying from COVID-19." *Id.* (emphasis added).

Courts have recognized the risks that hypertension poses to incarcerated individuals in the midst of the COVID-19 pandemic, and have granted compassionate release for those suffering from the condition. *See*, *e.g., United States v. Robinson,* 3:10CR261-MHL, Doc. No. 86 (E.D. Va. July 17, 2020); *United States v. Scparta*, No. 18-CR-578 (AJN), 2020 WL 1910481, at *9 (S.D.N.Y. Apr. 20, 2020) (finding hypertension to be a comorbidity that increases the risk of death from COVID-19, and "reject[ing] the Government's contention that Mr. Scparta's general good health before the pandemic speaks to whether he should now be released."); *United States v. Sawicz*, No. 08 CR-287 (ARR), 2020 WL 1815851 (E.D.N.Y, Apr. 10, 2020) (granting

---

[2] *See Patients With High Blood Pressure Have Twice the Risk of Dying from Coronavirus, Study Finds*, https://www.cnn.com/2020/06/04/health/bloodpressure-coronavirus-double-risk-wellness/index.html. (the text of the study is available at academic.oup.com/eurheartj/article/41/22/2058/5851436) (last accessed September 24, 2021).
[3] Jinggi Zhang et al., *Association of hypertension with the severity and fatality of SARS-CoV-2 infection: A meta-analysis*, NCBI (May 28, 2020) https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7270484/ ("The severity rate of COVID-19 in hypertensive patients was much higher than in non-hypertensive cases (37.58% vs 19.73%)") (last accessed September 24, 2021).

compassionate release to a defendant convicted of possession of child pornography who suffers from hypertension); *United States v. Salvagno*, 456 F. Supp. 3d 420, 439-40 (N.D.N.Y. 2020) ("For many courts, this strong correlation [between hypertension and poor COVID-19 outcomes] has been sufficient to find that COVID-19 poses a heightened risk to hypertensive inmates, for purposes of compassionate release"); *United States v. Foreman*, No. 3:19CR62, 2020 WL 2315908, at *3–4 (D. Conn. May 11, 2020) (agreeing that petitioner whose hypertension was managed with medication established extraordinary and compelling reasons for release because "the treatment does not shield her from complications" due to COVID-19) (internal quotations omitted); *United States v. Guzman Soto*, No. 1:18CR10086, 2020 WL 2104787, at *2 (D. Mass. May 1, 2020) (finding that petitioner's hypertension "counsel[ed] in favor of compassionate release" because it "is a condition that substantially diminishes [petitioner's] ability to provide self-care in the prison environment").

## CONCLUSION

For the reasons stated above, and in Mr. Gaffney's motion for compassionate release filed on February 11, 2021[4], his renewed motion for compassionate release filed on August 24, 2021 (after he obtained parole from his sentence in the District of Columbia), and his reply in support of his renewed motion for compassionate release filed on September 11, 2021, Mr. Gaffney respectfully requests that this Court grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

---

[4]Counsel for Mr. Gaffney wishes to clarify that, upon information and belief, Mr. Gaffney was sentenced to 36 years to life in the District of Columbia, not 24 years to life, as stated in the PSR, *see* PSR ¶ 60 and 63, and in Mr. Gaffney's motion for compassionate release filed on February 11, 2021. *See* ECF Dkt. No. 183, n.7.

4

Respectfully submitted,

KEITH EUGENE GAFFNEY

/s/
_____
Shannon S. Quill, Esq.
Virginia Bar No. 76355
Assistant Federal Public Defender
Attorney for K. Gaffney
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0850 (T)
Shannon_Quill@fd.org (e-mail)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 9th day of October, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification (NEF) to all counsel of

record.

_____/s/_____

Shannon S. Quill, Esq.
Virginia Bar No. 76355
Assistant Federal Public Defender
Attorney for K. Gaffney
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0850 (T)
Shannon_Quill@fd.org (e-mail)

6