IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:95-cr-53 (LMB) |
| | ) | |
| KEITH EUGENE GAFFNEY, | ) | |
| | ) | |
| Defendant. | ) | |

SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RENEWED MOTION
FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)

Keith Eugene Gaffney, through counsel, submits this supplemental memorandum in support of defendant's renewed motion for compassionate release (ECF Doc. 204, filed on August 24, 2021), in order to provide the Court with updated information regarding the number of positive cases of COVID-19 at Florence ADMAX, where Mr. Gaffney is designated.

As of November 22, 2021, there are 17 positive cases of COVID-19 among staff members at Florence ADMAX, the highest number of staff positives within all BOP facilities[1]:

| Facility | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered |
|---|---|---|---|---|---|---|
| Florence ADMAX USP | 0 | 17 | 0 | 0 | 15 | 45 |

After a steady decline throughout October, the number of positive cases is also on the rise nationwide. According to the New York Times, in the past 14 days, cases have risen by 29% in the United States, and more than 20% in the past two weeks alone. *See* N.Y. Times, Coronavirus in the U.S.: Latest Map and Case Count.[2]

---

[1] *See* https://www.bop.gov/coronavirus/ (last visited Nov. 22, 2021).
[2] Available at https://www.nytimes.com/interactive/2021/us/covid-cases.html (last visited Nov. 22, 2021).

As set forth in the defense's earlier filings (August 24, 2021 renewed motion for compassionate, ECF Doc. 204; September 11, 2021 reply, ECF Doc. 213; and October 9, 2021 supplement, ECF Doc. 214), Mr. Gaffney is at a heightened risk for severe complications from COVID-19 notwithstanding his vaccination in early 2021, based on his age (68 years old), as well as his hypertension and other chronic conditions, including hepatitis C.

After nearly 50 years in prison, Mr. Gaffney has put forward a viable release plan – to be released to a residential reentry center (i.e., a halfway house) in Virginia, which will help him transition to a new life outside of prison and ease his reentry into the community. Another court in this district utilized a similar approach in granting compassionate release to two co-defendants who had served three decades in prison for "stacked" § 924(c) offenses. *See United States v. Williams*, 1:92-CR-83-01 (LO), Dkt. No. 349, 1/5/21 Order (granting compassionate release and reducing 562-month sentence to time-served effective 9 months from the date of the order, and recommending that the defendant immediately be placed in a Residential Reentry Center); *United States v. Joyner*, 1:92-CR-83-02 (LO), Dkt. No. 358, 2/22/21 Order (granting compassionate release and reducing 562 months sentence to time-served effective 6 months from the date of the order, with the recommendation that the defendant immediately be placed in a Washington D.C. Residential Reentry Center).

It is respectfully submitted that multiple extraordinary and compelling reasons exist to order Mr. Gaffney's early release from imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A), and that his heightened risk of serious complications from COVID-19 warrants release at this time,

given the concerns of another winter surge.  *See* J. Romaine, *Experts predict an alarming surge of US COVID-19 cases this winter*, The Hill (Nov. 18, 2021).[3]

Respectfully submitted,

_____/s/_____

Shannon S. Quill
Va. Bar No. 76355
Assistant Federal Public Defender
Counsel for K. Gaffney
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0800 (tel)
703-600-0880 (fax)
Shannon_Quill@fd.org (email)

---

[3] Available at https://thehill.com/changing-america/well-being/prevention-cures/582146-experts-predict-an-alarming-surge-of-us-covid-19.

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____

Shannon S. Quill
Va. Bar No. 76355
Assistant Federal Public Defender
Counsel for Mr. Gaffney
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0850 (phone)
(703) 600-0880 (fax)
Shannon_Quill@fd.org
