IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. )
) 1:95-cr-53 (LMB)
KEITH EUGENE GAFFNEY, )
)
Defendant. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Keith Eugene Gaffney's ("defendant" or "Gaffney") Renewed Motion for Compassionate Release [Dkt. No. 204] is GRANTED, and it is hereby

ORDERED that defendant's sentence be and is reduced to time served, EFFECTIVE APRIL 3, 2023; and it is further

ORDERED that the Bureau of Prisons and the Probation Office work with defendant and his counsel during the remaining period of his confinement to develop an appropriate release plan that includes plans for housing, employment, and family support.

The Clerk is directed to forward copies of this Order to counsel of record and to the U.S. Probation Office.

Entered this 25 day of March, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge