Khalif Abdul Qani Mujahid
James River RRC
7718 Warwick BLVD
Newport News, VA. 23607

August 28th, 2022

Honorable Judge Leonie Brinkema
Albert V. Bryan
Courthouse 401/Courthouse Square
Alexandria, VA. 22314

Dear Honorable Judge Brinkema,

May God's peace be upon you! I've been contemplating writing you since you handed down your March 25th decision when you granted my motion for compassionate release, but i had to wait until i felt comfortable enough because i've been overwhelmed, especially after coming back out here in society.

I don't know if other defendants have written you before after you've made a ruling in their favor, but i had to write you to let you know that i am forever grateful, and thankful that you gave me another chance at life and rewarded me my freedom after 49-years in bondage.

I've loss most of my family since my incarceration, and i know they celebrated in paradise with the angels that i'm finally home with my 92-year old father, and my children, grandchildren, and my living family, and relatives. So thank you Judge Brinkema, for blessing me with my freedom, and i appreciate you for treating me with humanity.

Sincerely, Khalif A.Q. Mujahid